ORIGINAL

FILED
JAN 31 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| AVOCENT REDMOND CORP., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | AVOCENT'S RCFC 7.1 CORPORATE DISCLOSURE STATEMENT<br><br>08-69 C |

Plaintiff, Avocent Redmond Corp. ("Avocent"), hereby files its corporate disclosure statement under RCFC 7.1.

Plaintiff Avocent is a wholly-owned subsidiary of Avocent Corporation. No other corporation is a parent to Plaintiff Avocent or owns 10% or more of Plaintiff Avocent's stock.

DATED this 31st day of January, 2008.

James D. Berquist
DAVIDSON BERQUIST JACKSON & GOWDEY, LLP
4300 Wilson Blvd, Suite 700
Arlington, Virginia 22203
Tel. 703-894-6400
Fax. 703-894-6430

Attorneys for Plaintiff Avocent Redmond Corp.

*Of Counsel:*

J. Scott Davidson
Donald L. Jackson
Grace Obermann
DAVIDSON BERQUIST JACKSON & GOWDEY, LLP
4300 Wilson Blvd, Suite 700
Arlington, Virginia 22203
Tel. 703-894-6400
Fax. 703-894-6430