JURYDEMAND, PROTO, STAYED

# U.S. District Court
# United States District Court for the Western District of Washington (Seattle)
# CIVIL DOCKET FOR CASE #: 2:06-cv-01711-MJP

Avocent Redmond Corp v. Rose Electric Inc et al
Assigned to: Hon. Marsha J. Pechman
Cause: 35:271 Patent Infringement

Date Filed: 11/27/2006
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Avocent Redmond Corp**

represented by **Donald L Jackson**
DAVIDSON BERQUIST JACKSON & GOWDEY LLP
4300 WILSON BLVD
7TH FLOOR
ARLINGTON, VA 22203
703-894-6400
Email: dlj@dbjg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Scott Davidson**
DAVIDSON BERQUIST JACKSON & GOWDEY LLP
4300 WILSON BLVD
7TH FLOOR
ARLINGTON, VA 22203
Email: scott.davidson@davidsonberquist.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James D Berquist**
DAVIDSON BERQUIST JACKSON & GOWDEY LLP
4300 WILSON BLVD
7TH FLOOR
ARLINGTON, VA 22203
703-894-6400
Email: jay.berquist@davidsonberquist.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Alan Knox**
WILLIAMS KASTNER & GIBBS (SEA)

601 UNION ST
STE 4100
SEATTLE, WA 98101
206-628-6600
Fax: FAX 628-6611
Email: jknox@williamskastner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Rose Electric Inc**
*a Texas corporation*
*TERMINATED: 01/16/2007*

**Defendant**

**Rose Electronics**
*a Texas general partnership*

represented by **Brian L Jackson**
HOWREY LLP
25TH FLOOR
1111 LOUISIANA
HOUSTON, TX 77002
713-522-5766
Fax: 713-583-5785
Email: brian@brianjacksonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Floyd R Nation**
HOWREY LLP
25TH FLOOR
1111 LOUISIANA
HOUSTON, TX 77002
713-787-1661
Email: nationf@howrey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey J Phillips**
HOWREY LLP
25TH FLOOR
1111 LOUISIANA
HOUSTON, TX 77002
713-787-1496
Email: phillipsj@howrey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael S Dowler**
HOWREY LLP

25TH FLOOR
1111 LOUISIANA
HOUSTON, TX 77002
713-787-1619
Email: dowlerm@howrey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas L Casagrande**
HOWREY LLP
25TH FLOOR
1111 LOUISIANA
HOUSTON, TX 77002
713-787-1493
Email: casagrandet@howrey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**C. Seth Wilkinson**
YARMUTH WILSDON CALFO
925 FOURTH AVE
STE 2500
SEATTLE, WA 98104
206-516-3800
Email: swilkinson@yarmuth.com
*ATTORNEY TO BE NOTICED*

**Lawrence Carl Locker**
SUMMIT LAW GROUP
315 FIFTH AVE S
STE 1000
SEATTLE, WA 98104-2682
206-676-7000
Fax: FAX 676-7001
Email: larryl@summitlaw.com
*TERMINATED: 02/12/2008*

**Molly A Terwilliger**
HELLER EHRMAN LLP (WA)
701 5TH AVE
STE 6100
SEATTLE, WA 98104-7098
206-389-6141
Fax: FAX 206-447-0849
Email:
molly.terwilliger@hellerehrman.com
*TERMINATED: 05/30/2007*

**Philip S McCune**
SUMMIT LAW GROUP

315 FIFTH AVE S
STE 1000
SEATTLE, WA 98104-2682
206-676-7000
Fax: FAX 676-7001
Email: philm@summitlaw.com
*TERMINATED: 02/12/2008*

**Defendant**

**Peter Macourek**
*an individual*

represented by **Brian L Jackson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Floyd R Nation**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey J Phillips**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael S Dowler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas L Casagrande**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**C. Seth Wilkinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Carl Locker**
(See above for address)
*TERMINATED: 02/12/2008*

**Molly A Terwilliger**
(See above for address)
*TERMINATED: 05/30/2007*

**Philip S McCune**
(See above for address)
*TERMINATED: 02/12/2008*

**Defendant**

**Darioush Rahvar**
*an individual*
*doing business as*
David Rahvar

represented by **Brian L Jackson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Floyd R Nation**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey J Phillips**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael S Dowler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas L Casagrande**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**C. Seth Wilkinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Carl Locker**
(See above for address)
*TERMINATED: 02/12/2008*

**Molly A Terwilliger**
(See above for address)
*TERMINATED: 05/30/2007*

**Philip S McCune**
(See above for address)
*TERMINATED: 02/12/2008*

**Defendant**

**Aten Technology Inc**
*a California corporation*

represented by **Ming-Tao Yang**
AKIN GUMP STRAUSS HAUER &
FELD LLP (PALO ALTO, CA)
2 PALO ALTO SQUARE
3000 EL CAMINO REAL
STE 400
PALO ALTO, CS 94306

650-838-2000
Email: myang@akingump.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard J Codding, Sr**
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 CENTURY PARK EAST
STE 2400
LOS ANGELES, CA 90067-3012
310-229-1000
Email: rcodding@akingump.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fitzgerald Ahearne**
FOSTER PEPPER (SEA)
1111 3RD AVE
STE 3400
SEATTLE, WA 98101-3299
206-447-4400
Email: ahearne@foster.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Yitai Hu**
AKIN GUMP STRAUSS HAUER & FELD LLP (PALO ALTO, CA)
2 PALO ALTO SQUARE
3000 EL CAMINO REAL
STE 400
PALO ALTO, CS 94306
650-838-2000
Email: yhu@akingump.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy Robert Larson**
FOSTER PEPPER (SEA)
1111 3RD AVE
STE 3400
SEATTLE, WA 98101-3299
206-447-4400
Fax: 206-447-4400
Email: LarsJ@Foster.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Aten International Co Ltd** represented by **Ming-Tao Yang**

*a Taiwanese Company*

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard J Codding, Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fitzgerald Ahearne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Yitai Hu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy Robert Larson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Trippe Manufacturing Co**
*an Illinois coporation*
*TERMINATED: 06/06/2007*

represented by **Christopher R Parker**
MICHAEL BEST & FRIEDRICH LLP (IL)
180 N STETSON AVE
STE 2000
CHICAGO, IL 60601
312-222-0800
Email: crparker@michaelbest.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L DeBruin**
MICHAEL BEST & FRIEDRICH LLP (IL)
180 N STETSON AVE
STE 2000
CHICAGO, IL 60601
414-225-2776
Email: dldebruin@michaelbest.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Larry L Saret**
MICHAEL BEST & FRIEDRICH LLP (IL)
180 N STETSON AVE

STE 2000
CHICAGO, IL 60601
312-222-0800
Email: LLsaret@michaelbest.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd K Johnston**
MICHAEL BEST & FRIEDRICH LLP (IL)
180 N STETSON AVE
STE 2000
CHICAGO, IL 60601
312-222-0800
Email: tkjohnston@michaelbest.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry A Riedinger**
PERKINS COIE
1201 3RD AVE
STE 4800
SEATTLE, WA 98101-3099
206-359-8000
Fax: 206-359-9000
Email: Jriedinger@perkinscoie.com

**Ryan McBrayer**
PERKINS COIE (SEA)
1201 3RD AVE
STE 4800
SEATTLE, WA 98101-3099
206-359-3073
Email: RMcBrayer@perkinscoie.com

**Defendant**

**Belkin Corp**
*a Delaware corporation*

represented by **Michael A Moore**
CORR CRONIN MICHELSON BAUMGARDNER & PREECE
1001 4TH AVE
STE 3900
SEATTLE, WA 98154-1051
206-625-8600
Fax: FAX 625-0900
Email: mmoore@corrcronin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Enzminger**
O'MELVENY & MYERS (LA)

400 S HOPE ST
STE 1050
LOS ANGELES, CA 90071-2899
213-430-7885
Email: denzminger@omm.com
*ATTORNEY TO BE NOTICED*

**Ryan Yagura**
O'MELVENY & MYERS (LA)
400 S HOPE ST
STE 1050
LOS ANGELES, CA 90071-2899
213-430-6000
Email: ryagura@omm.com
*ATTORNEY TO BE NOTICED*

**Vision L Winter**
O'MELVENY & MYERS (LA)
400 S HOPE ST
STE 1050
LOS ANGELES, CA 90071-2899
213-430-7840
Email: vwinter@omm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Belkin International Inc**
*a Delaware corporation*

represented by **Michael A Moore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Belkin Inc**
*a Delaware corporation*

represented by **Michael A Moore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Trippe Manufacturing Co**
*an Illinois coporation*
*TERMINATED: 06/06/2007*

represented by **Jerry A Riedinger**
(See above for address)

**Ryan McBrayer**
(See above for address)

V.

**Counter Defendant**

**Avocent Redmond Corp**

represented by **Donald L Jackson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Scott Davidson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James D Berquist**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Alan Knox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Aten International Co Ltd**
*a Taiwanese Company*

represented by **Ming-Tao Yang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard J Codding, Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fitzgerald Ahearne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Yitai Hu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy Robert Larson**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Avocent Redmond Corp**

represented by **Donald L Jackson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Scott Davidson**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James D Berquist**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Alan Knox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Aten Technology Inc**
*a California corporation*

represented by **Ming-Tao Yang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard J Codding, Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fitzgerald Ahearne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Yitai Hu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy Robert Larson**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Avocent Redmond Corp**

represented by **Donald L Jackson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Scott Davidson**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**James D Berquist**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Alan Knox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Rose Electronics**
*a Texas general partnership*

represented by

**Brian L Jackson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey J Phillips**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael S Dowler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas L Casagrande**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**C. Seth Wilkinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Carl Locker**
(See above for address)
*TERMINATED: 02/12/2008*

**Molly A Terwilliger**
(See above for address)
*TERMINATED: 05/30/2007*

**Philip S McCune**
(See above for address)
*TERMINATED: 02/12/2008*

**Counter Claimant**

**Peter Macourek**
*an individual*

represented by **Brian L Jackson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey J Phillips**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael S Dowler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas L Casagrande**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**C. Seth Wilkinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Carl Locker**
(See above for address)
*TERMINATED: 02/12/2008*

**Molly A Terwilliger**
(See above for address)
*TERMINATED: 05/30/2007*

**Philip S McCune**
(See above for address)
*TERMINATED: 02/12/2008*

**Counter Claimant**

**Darioush Rahvar**
*an individual*

represented by **Brian L Jackson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey J Phillips**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael S Dowler**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Thomas L Casagrande**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**C. Seth Wilkinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Carl Locker**
(See above for address)
*TERMINATED: 02/12/2008*

**Molly A Terwilliger**
(See above for address)
*TERMINATED: 05/30/2007*

**Philip S McCune**
(See above for address)
*TERMINATED: 02/12/2008*

V.

**Counter Defendant**

**Avocent Redmond Corp** represented by **Donald L Jackson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Scott Davidson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James D Berquist**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Alan Knox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Aten International Co Ltd**
*a Taiwanese Company*
represented by **Ming-Tao Yang**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Richard J Codding, Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fitzgerald Ahearne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Yitai Hu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy Robert Larson**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Avocent Redmond Corp** represented by **Donald L Jackson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Scott Davidson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James D Berquist**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Alan Knox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Aten Technology Inc**
*a California corporation* represented by **Ming-Tao Yang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard J Codding, Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Fitzgerald Ahearne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Yitai Hu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy Robert Larson**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Avocent Redmond Corp** represented by **Donald L Jackson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Scott Davidson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James D Berquist**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Alan Knox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Rose Electronics**
*a Texas general partnership* represented by **Brian L Jackson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey J Phillips**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael S Dowler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas L Casagrande**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence Carl Locker**
(See above for address)
*TERMINATED: 02/12/2008*

**Molly A Terwilliger**
(See above for address)
*TERMINATED: 05/30/2007*

**Philip S McCune**
(See above for address)
*TERMINATED: 02/12/2008*

**Counter Claimant**

**Peter Macourek**
*an individual*

represented by **Brian L Jackson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey J Phillips**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael S Dowler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas L Casagrande**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence Carl Locker**
(See above for address)
*TERMINATED: 02/12/2008*

**Molly A Terwilliger**
(See above for address)
*TERMINATED: 05/30/2007*

**Philip S McCune**
(See above for address)
*TERMINATED: 02/12/2008*

**Counter Claimant**

**Darioush Rahvar**
*an individual*

represented by **Brian L Jackson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey J Phillips**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael S Dowler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas L Casagrande**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence Carl Locker**
(See above for address)
*TERMINATED: 02/12/2008*

**Molly A Terwilliger**
(See above for address)
*TERMINATED: 05/30/2007*

**Philip S McCune**
(See above for address)
*TERMINATED: 02/12/2008*

V.

**Counter Defendant**

**Avocent Redmond Corp**

represented by **Donald L Jackson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Scott Davidson**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James D Berquist**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Alan Knox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/27/2006 | 1 | COMPLAINT FOR PATENT INFRINGEMENT and JURY DEMAND against defendant(s) Rose Electric Inc, Rose Electronics, Peter Macourek, Darioush Rahvar (NO Summons(es) issued) (Receipt # SEA 5609) , filed by Avocent Redmond Corp. (Attachments: # 1 Exhibits to Complaint# 2 Civil Cover Sheet # 3 Email request to file new case)(PM, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2 | **DISREGARD THIS ENTRY**~~REPORT on the filing or determination of an action. E-mailed report and complaint to the US Patent Office. (PM, ) Modified on 12/4/2006 (PM, ). (Entered: 12/04/2006)~~ |
| 12/04/2006 | 3 | REPORT on the filing or determination of an action. E-mailed report and complaint to the US Patent Office. (PM, ) (Entered: 12/04/2006) |
| 12/04/2006 | 4 | **AMENDED REPORT WITH COMPLAINT ATTACHED** on the filing or determination of an action. E-mailed to the US Patent Office. (Attachments: # 1 Complaint# 2 Exhibits to Complaint) (PM, ) (Entered: 12/04/2006) |
| 12/05/2006 | 5 | CORPORATE DISCLOSURE STATEMENT filed pursuant to FRCP 7.1 (Knox, John) (Entered: 12/05/2006) |
| 12/08/2006 | 6 | APPLICATION by Plaintiff Avocent Redmond Corp AND ORDER admitting Donald L Jackson for Avocent Redmond Corp pro hac vice. Receipt # SEA 5812. (MD, ) (Entered: 12/08/2006) |
| 12/08/2006 | 7 | APPLICATION by Plaintiff Avocent Redmond Corp AND ORDER admitting James D Berquist for Avocent Redmond Corp pro hac vice. Receipt # SEA 5812. (MD, ) (Entered: 12/08/2006) |
| 12/08/2006 | 8 | APPLICATION by Plaintiff Avocent Redmond Corp AND ORDER admitting J Scott Davidson for Avocent Redmond Corp pro hac vice. Receipt # SEA 5812. (MD, ) (Entered: 12/08/2006) |
| 01/02/2007 | 9 | ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT AND EARLY SETTLEMENT FRCP 26f Conference Deadline |

| | | |
|---|---|---|
| | | is 1/30/2007.Initial Disclosure Deadline is 2/6/2007. Joint Status Report due by 2/13/2007; by Judge Marsha J. Pechman. (AO, ) (Entered: 01/02/2007) |
| 01/11/2007 | 10 | ORDER --- Standing Order for Patent Cases by Judge Marsha J. Pechman. (AO, ) (Entered: 01/11/2007) |
| 01/16/2007 | 11 | AMENDED COMPLAINT *FOR PATENT INFRINGEMENT* against defendant(s) all defendants with JURY DEMAND, filed by Avocent Redmond Corp.(Knox, John) (Entered: 01/16/2007) |
| 01/17/2007 | 12 | PRAECIPE TO ISSUE 8 SUMMONSES (and issued). (LT, ) (Entered: 01/18/2007) |
| 01/23/2007 | 13 | MINUTE ORDER Joint Status Report deadline extended to 3/13/2007; signed by Docket Clerk M. Duett at the direction of Judge Marsha J. Pechman. (SC, ) (Entered: 01/23/2007) |
| 02/01/2007 | 14 | SERVICE OF SUMMONS and First Amended Complaint returned executed upon defendant Rose Electronics on 1/19/2007; Peter Macourek on 1/19/2007; Darioush Rahvar on 1/19/2007; Aten Technology, Inc on 1/19/07; Aten Intl Co Ltd on 1/19/07; Trippe Mfg Co on 1/19/07; Belkin Corp on 1/19/07 (MD, ) Modified text on 2/2/2007 (MD, ). (Entered: 02/02/2007) |
| 02/01/2007 | 26 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Aten International Co Ltd on 1/19/2007 (MD, ) (Entered: 02/12/2007) |
| 02/05/2007 | 15 | AFFIDAVIT OF SERVICE by Plaintiff Avocent Redmond Corp *on Aten International Co., Ltd.*. (Knox, John) (Entered: 02/05/2007) |
| 02/05/2007 | 16 | MOTION Issuance of Letter Rogatory by Plaintiff Avocent Redmond Corp. Noting Date 2/14/2007. (Knox, John) (Entered: 02/05/2007) |
| 02/07/2007 | 17 | NOTICE of Appearance by attorney Molly A Terwilliger on behalf of Defendants Rose Electronics, Peter Macourek, Darioush Rahvar (Terwilliger, Molly) (Entered: 02/07/2007) |
| 02/07/2007 | 18 | CORPORATE DISCLOSURE STATEMENT filed pursuant to FRCP 7.1. (Terwilliger, Molly) (Entered: 02/07/2007) |
| 02/07/2007 | 19 | NOTICE of Appearance by attorney Michael A Moore on behalf of Defendant Belkin Corp (Moore, Michael) (Entered: 02/07/2007) |
| 02/07/2007 | 20 | STIPULATION AND PROPOSED ORDER *Extending Deadline for Belkin to Answer Complaint* by parties re 11 Amended Complaint. (Moore, Michael) (Entered: 02/07/2007) |
| 02/08/2007 | 21 | ANSWER to Amended Complaint *for Patent Infringement* with JURY DEMAND by Rose Electronics, Peter Macourek, Darioush Rahvar. (Terwilliger, Molly) (Entered: 02/08/2007) |
| 02/08/2007 | 22 | STIPULATION AND PROPOSED ORDER *TO EXTEND TIME FOR TRIPPE MANUFACTURING COMPANY TO ANSWER OR* |

| | | |
|---|---|---|
| | | *OTHERWISE PLEAD* by parties. (McBrayer, Ryan) (Entered: 02/08/2007) |
| 02/08/2007 | 23 | STIPULATION AND PROPOSED ORDER *EXTENDING DEADLINE FOR ATEN TECHNOLOGY INC. TO ANSWER COMPLAINT* by parties re 1 Complaint,. (Ahearne, Thomas) (Entered: 02/08/2007) |
| 02/08/2007 | 24 | STIPULATION AND ORDER Extending Deadline for Belkin to Answer Complaint: Belkin's answer or response to the Amended Complaint is due February 22, 2007, by Judge Marsha J. Pechman. (LT, ) (Entered: 02/09/2007) |
| 02/09/2007 | 25 | STIPULATION AND ORDER EXTENDING DEADLINE FOR ATEN TECHNOLOGY INC TO ANSWER TO COMPLAINT re 23 Stipulation filed by Aten Technology Inc, by Judge Marsha J. Pechman. (MD, ) (Entered: 02/12/2007) |
| 02/09/2007 | 27 | STIPULATION AND ORDER TO EXTEND TIME FOR TRIPPE MANUFACTURING COMPANY TO ANSWER OR OTHERWISE PLEAD re 22 Stipulation filed by Trippe Manufacturing Co, by Judge Marsha J. Pechman. (MD, ) (Entered: 02/12/2007) |
| 02/12/2007 | 28 | APPLICATION AND ORDER admitting Jeffrey J Phillips for Defendants Rose Electronics, Peter Macourek, and Darioush Rahvar pro hac vice. Receipt # SEA 7172. (LT, ) (Entered: 02/12/2007) |
| 02/12/2007 | 29 | APPLICATION AND ORDER admitting Michael S Dowler for Defendants Rose Electronics, Peter Macourek, and Darioush Rahvar pro hac vice. Receipt # SEA 7172. (LT, ) (Entered: 02/12/2007) |
| 02/12/2007 | 30 | APPLICATION AND ORDER admitting Thomas L Casagrande for Defendants Rose Electronics, Peter Macourek, and Darioush Rahvar pro hac vice. Receipt # SEA 7172. (LT, ) (Entered: 02/12/2007) |
| 02/12/2007 | 31 | APPLICATION AND ORDER admitting Brian L Jackson Defendants Rose Electronics, Peter Macourek, and Darioush Rahvar pro hac vice. Receipt # SEA 7172. (LT, ) (Entered: 02/12/2007) |
| 02/12/2007 | 32 | CERTIFICATE OF SERVICE by Defendants Rose Electronics, Peter Macourek, Darioush Rahvar re 30 Application by Out-State Atty (pro hac vice), 31 Application by Out-State Atty (pro hac vice), 29 Application by Out-State Atty (pro hac vice), 28 Application by Out-State Atty (pro hac vice). (LT, ) (Entered: 02/12/2007) |
| 02/13/2007 | 33 | CERTIFICATE OF SERVICE by Defendant Belkin Corp. (Attachments: # 1 Exhibit Applications for Leave to Appear Pro Hac Vice)(Moore, Michael) (Entered: 02/13/2007) |
| 02/14/2007 | 34 | APPLICATION AND ORDER admitting Ryan Yagura for Belkin Corp pro hac vice. Receipt # SEA 7312. (LT, ) (Entered: 02/14/2007) |
| 02/14/2007 | 35 | APPLICATION AND ORDER admitting David Enzminger for Belkin Corp pro hac vice. Receipt # SEA 7312. (LT, ) (Entered: 02/14/2007) |
| | | |

| | | |
|---|---|---|
| 02/14/2007 | 36 | APPLICATION AND ORDER admitting Vision L Winter for Belkin Corp pro hac vice. Receipt # SEA 7312. (LT, ) (Entered: 02/14/2007) |
| 02/20/2007 | 37 | ORDER 16 Motion/Request for International Judicial Assistance (Letter Rogatory) by Judge Marsha J. Pechman.(MD, ) (Entered: 02/21/2007) |
| 02/22/2007 | 38 | ANSWER to Amended Complaint *for Patent Infringement* with JURY DEMAND, COUNTERCLAIM against plaintiff Avocent Redmond Corp by Defendant Trippe Manufacturing Co, Plaintiff Avocent Redmond Corp.(McBrayer, Ryan) (Entered: 02/22/2007) |
| 02/22/2007 | 39 | CORPORATE DISCLOSURE STATEMENT pursuant to FRCP 7.1.. (McBrayer, Ryan) (Entered: 02/22/2007) |
| 02/22/2007 | 40 | ANSWER to Amended Complaint *By Belkin Corporation to First Amended* with JURY DEMAND by Defendant Belkin Corp.(Moore, Michael) (Entered: 02/22/2007) |
| 02/22/2007 | 41 | STIPULATION AND PROPOSED ORDER *Extending Deadline for Aten International Co and Aten Technology Inc. to Respond* by parties re 11 Amended Complaint. (Ahearne, Thomas) (Entered: 02/22/2007) |
| 02/27/2007 | 42 | CORPORATE DISCLOSURE STATEMENT pursuant to FRCP 7.1. (Moore, Michael) (Entered: 02/27/2007) |
| 03/01/2007 | 43 | STIPULATION AND ORDER EXTENDING DEADLINE for Aten International Co and Aten Technology Inc to respond to the amended complaint re 41 Stipulation filed by Aten Technology Inc, Aten International Co Ltd by Judge Marsha J. Pechman. (MD, ) (Entered: 03/02/2007) |
| 03/06/2007 | 44 | *Reply/* ANSWER to Counterclaim *filed by Trippe Manufacturing Company* by Counter Defendant Avocent Redmond Corp, Plaintiff Avocent Redmond Corp.(Knox, John) (Entered: 03/06/2007) |
| 03/08/2007 | 45 | APPLICATION by Defendant Trippe Manufacturing Co AND ORDER admitting Larry L Saret for Trippe Manufacturing Co pro hac vice. Receipt # SEA 7777. (MD, ) (Entered: 03/09/2007) |
| 03/08/2007 | 46 | APPLICATION by Defendant Trippe Manufacturing Co AND ORDER admitting Christopher R Parker for Trippe Manufacturing Co pro hac vice. Receipt # SEA 7777. (MD, ) (Entered: 03/09/2007) |
| 03/08/2007 | 47 | APPLICATION by Defendant Trippe Manufacturing Co AND ORDER admitting Todd K Johnston for Trippe Manufacturing Co pro hac vice. Receipt # SEA 7777. (MD, ) (Entered: 03/09/2007) |
| 03/08/2007 | 48 | APPLICATION by Defendant Trippe Manufacturing Co AND ORDER admitting David L DeBruin for Trippe Manufacturing Co pro hac vice. Receipt # SEA 7777. (MD, ) (Entered: 03/09/2007) |
| 03/09/2007 | 49 | APPLICATION by Defendants Aten Technology Inc, Aten International Co Ltd AND ORDER admitting Richard J Codding, Sr for Aten Technology Inc and Aten International Co Ltd pro hac vice. Receipt # |

| | | |
|---|---|---|
| | | SEA 7824. (MD, ) (Entered: 03/09/2007) |
| 03/09/2007 | 50 | APPLICATION by Defendants Aten Technology Inc, Aten International Co Ltd AND ORDER admitting Yitai Hu for Aten Technology Inc and Aten International Co Ltd pro hac vice. Receipt # SEA 7823. (MD, ) (Entered: 03/09/2007) |
| 03/09/2007 | 51 | APPLICATION by Defendants Aten Technology Inc, Aten International Co Ltd AND ORDER admitting Ming-Tao Yang for Aten Technology Inc and Aten International Co Ltd pro hac vice. Receipt # SEA 7822. (MD, ) (Entered: 03/09/2007) |
| 03/13/2007 | 52 | JOINT STATUS REPORT signed by all parties; estimated Trial Days: 10-16. Filed by Plaintiff Avocent Redmond Corp, Defendants Aten Technology Inc, Aten International Co Ltd, Trippe Manufacturing Co, Belkin Corp, Rose Electronics, Peter Macourek, Darioush Rahvar.(Knox, John) (Entered: 03/13/2007) |
| 03/23/2007 | 53 | MINUTE ORDER Telephone Scheduling Conference with all parties set for 3/29/2007 at 11:00 AM before Hon. Marsha J. Pechman. by Judge Marsha J. Pechman. (MD, ) (Entered: 03/26/2007) |
| 03/29/2007 | 54 | MINUTE ENTRY for proceedings held before Judge Marsha J. Pechman - Dep Clerk: *Eileen Scollard; Law Clerk: Andrea Ostrovsky*; Pla Counsel: *John Knox, James Berquist, Scott Davidson*; Def Counsel: *Michael Dowler, Molly Terwilliger, Brian Jackson, Richard Codding, Thomas ahearne, David DeBruin, Ryan Brayer, Ryan Yagura, Michael Moore*; CR: *Susan Zielie*; Time of Hearing: *1 hour*; **Telephone Conference** held on 3/29/07. Court and counsel discuss issues addressed in the JSR. Clerk to issue scheduling order. Law Clerk to issue a separate minute order. (ES) (Entered: 03/29/2007) |
| 03/30/2007 | 55 | MINUTE ORDER memorializing 3/29/07 telephone conference by Judge Marsha J. Pechman. (AO, ) (Entered: 03/30/2007) |
| 04/02/2007 | 56 | MINUTE ORDER amending 55 Minute Order. Paragraph 5 of the March 30 minute order is amended to state as follows: Each side is permitted totake twenty (20) depositions, up to seven (7) hours each. by Judge Marsha J. Pechman. (AO, ) (Entered: 04/02/2007) |
| 04/05/2007 | 57 | MOTION for Protective Order by Plaintiff Avocent Redmond Corp. (Attachments: # 1 Exhibit 1 (pp. 14 - 25)# 2 Exhibit 2 (pp. 26-37)# 3 Proposed Order Proposed Protective Order)Noting Date 4/16/2007. (Knox, John) (Entered: 04/05/2007) |
| 04/05/2007 | 58 | MOTION to Disqualify *Heller Ehrman LLP* by Plaintiff Avocent Redmond Corp. (Attachments: # 1 Exhibit 1 (pp. 15-17)# 2 Exhibit 2 (pp. 18-29)# 3 Exhibit 3 (pp. 30-32)# 4 Exhibit 4 (pp. 33-35)# 5 Exhibit 5 (pp. 36-40)# 6 Exhibit 6 (pp. 41-44)# 7 Proposed Order PROPOSED Order Disqualifying Heller Ehrman LLP)Noting Date 4/20/2007.(Knox, John) (Entered: 04/05/2007) |
| 04/09/2007 | 59 | NOTICE of Appearance by attorney Jeremy Robert Larson on behalf of |

| | | |
|---|---|---|
| | | Defendants Aten Technology Inc, Aten International Co Ltd. (Attachments: # 1 Certificate of Service)(Larson, Jeremy) (Entered: 04/09/2007) |
| 04/09/2007 | 60 | ANSWER to Amended Complaint with JURY DEMAND, COUNTERCLAIM against plaintiff Avocent Redmond Corp by Aten International Co Ltd.(Yang, Ming-Tao) (Entered: 04/09/2007) |
| 04/09/2007 | 61 | ANSWER to Amended Complaint with JURY DEMAND, COUNTERCLAIM against plaintiff Avocent Redmond Corp by Aten Technology Inc.(Yang, Ming-Tao) (Entered: 04/09/2007) |
| 04/10/2007 | 62 | MOTION for Protective Order *Unopposed Motion to Re-note Avocent Redmond Corp.'s Motion for Entry of a Protective Order* by Defendants Rose Electronics, Peter Macourek, Darioush Rahvar. (Attachments: # 1 Proposed Order)Noting Date 4/10/2007.(Terwilliger, Molly) (Entered: 04/10/2007) |
| 04/11/2007 | 63 | ORDER GRANTING UNOPPOSED MOTION TO RE-NOTE 62 MOTION for Protective Order *Unopposed Motion to Re-note Avocent Redmond Corp.'s Motion for Entry of a Protective Order* ; RE-Noting Date 4/19/2007. by Judge Marsha J. Pechman. (MD, ) (Entered: 04/11/2007) |
| 04/12/2007 | 64 | RESPONSE by Plaintiff Avocent Redmond Corp, Defendants Aten Technology Inc, Aten International Co Ltd, Trippe Manufacturing Co, Belkin Corp, Rose Electric Inc, Rose Electronics, Peter Macourek, Darioush Rahvar re 55 Minute Order (Knox, John) Modified text per counsel on 4/12/2007 (KN, ). (Entered: 04/12/2007) |
| 04/16/2007 | 65 | RESPONSE, by Defendants Rose Electronics, Peter Macourek, Darioush Rahvar, to 58 MOTION to Disqualify *Heller Ehrman LLP*. (Attachments: # 1 Proposed Order)(Terwilliger, Molly) (Entered: 04/16/2007) |
| 04/16/2007 | 66 | DECLARATION of Molly A. Terwilliger In Support Of Defendant Rose Electronics, Peter Macourek And Darioush Rahvar's Opposition To Plaintiff Avocent Redmond Corporation's Motion To Disqualify Heller Ehrman LLP filed by Defendants Rose Electronics, Peter Macourek, Darioush Rahvar re 58 MOTION to Disqualify *Heller Ehrman LLP* (Terwilliger, Molly) (Entered: 04/16/2007) |
| 04/16/2007 | 67 | DECLARATION of Jon Gavenman In Support Of Defendant Rose Electronics, Peter Macourek And Darioush Rahvar's Opposition To Plaintiff Avocent Redmond Corporation's Motion To Disqualify Heller Ehrman LLP filed by Defendants Rose Electronics, Peter Macourek, Darioush Rahvar re 58 MOTION to Disqualify *Heller Ehrman LLP* (Terwilliger, Molly) (Entered: 04/16/2007) |
| 04/16/2007 | 68 | DECLARATION of Robert H. Aronson filed by Defendants Rose Electronics, Peter Macourek, Darioush Rahvar re 58 MOTION to Disqualify *Heller Ehrman LLP* (Terwilliger, Molly) (Entered: 04/16/2007) |

| | | |
|---|---|---|
| 04/16/2007 | 69 | CERTIFICATE OF SERVICE by Defendants Rose Electronics, Peter Macourek, Darioush Rahvar re 65 Response to Motion, 67 Declaration, 68 Declaration, 66 Declaration,. (Terwilliger, Molly) (Entered: 04/16/2007) |
| 04/16/2007 | 70 | MOTION Defendants' Opposition to Avocent's Motion for Entry of Plaintiff's Protective Order and Cross-Motion for Entry of Defendants' Protective Order re 57 MOTION for Protective Order by Defendant Belkin Corp. (Attachments: # 1 Proposed Order Order Denying Avocent's Motion for Entry of a Protective Order and Granting Defendants' Cross-Motion for Entry of a Protective Order)Noting Date 4/19/2007.(Moore, Michael) (Entered: 04/16/2007) |
| 04/16/2007 | 71 | DECLARATION of Michael A. Moore filed by Defendant Belkin Corp re 57 MOTION for Protective Order (Attachments: # 1 Exhibit Exhibit 1 - pgs. 3-4# 2 Exhibit Exhibit 2 - pgs 5-31# 3 Exhibit Exhibit 3 - pgs 32-54# 4 Exhibit Exhibit 4 - pgs 55-66# 5 Exhibit Exhibit 5 - pgs 67-80# 6 Exhibit Exhibit 6(Part 1) - pgs 81-82# 7 Exhibit Exhibit 6 (part 2) - pgs 83-96)(Moore, Michael) (Entered: 04/16/2007) |
| 04/17/2007 | 72 | CERTIFICATE OF SERVICE by Defendant Belkin Corp re 71 Declaration, 70 MOTION Defendants' Opposition to Avocent's Motion for Entry of Plaintiff's Protective Order and Cross-Motion for Entry of Defendants' Protective Order re 57 MOTION for Protective Order MOTION Defendants' Opposition to Avocent's Motion for Entry of Plaintiff's Protective Order and Cross-Motion for Entry of Defendants' Protective Order re 57 MOTION for Protective Order. (Moore, Michael) (Entered: 04/17/2007) |
| 04/18/2007 | 73 | ANSWER to Counterclaim *filed by Aten International Co., Ltd.* by Avocent Redmond Corp.(Knox, John) (Entered: 04/18/2007) |
| 04/18/2007 | 74 | ANSWER to Counterclaim *filed by Aten Technology Inc.* by Avocent Redmond Corp.(Knox, John) (Entered: 04/18/2007) |
| 04/19/2007 | 75 | REPLY, filed by Plaintiff Avocent Redmond Corp, TO RESPONSE to 57 MOTION for Protective Order (Knox, John) (Entered: 04/19/2007) |
| 04/19/2007 | 76 | DECLARATION of J. Scott Davidson filed by Plaintiff Avocent Redmond Corp re 57 MOTION for Protective Order (Knox, John) (Entered: 04/19/2007) |
| 04/19/2007 | 77 | MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES; Length of Trial: *unknown*. Jury Trial is set for 6/23/2008 at 9:00 a.m. before Hon. Marsha J. Pechman.,Statement of asserted claims and preliminary infringement contentions due 5/25/2007.Statement of preliminary invalidity contentions due 6/15/2007.Joinder of Parties due by 5/7/2007.Amended Pleadings due by 5/17/2007.Reports from expert witnesses regarding Markman issues due 7/13/2007.Rebuttal expert reports regarding Markman issues due 8/10/2007.Proposed terms and Claim Elements and Preliminary Claim Chart due 8/24/2007.Joint claim chart due 9/24/2007. Opening claim construction briefs due 10/9/2007.Responsive claim construction briefs due 10/22/2007. |

| | | |
|---|---|---|
| | | Markman Hearing set for 11/9/2007 at 9:00 a.m. before Hon. Marsha J. Pechman;Rebuttal Expert Disclosure/Reports due by 1/18/2008. Discovery completed by 2/20/2008.Dispositive motions due by 3/5/2008. Settlement conference to be held by 4/28/2007. 39.1 mediation to be completed by 3/5/2008. Motions in Limine due by 5/23/2008. Pretrial Order due by 6/11/2008. Pretrial Conference set for 6/13/2008 at 1:30 p.m. before Hon. Marsha J. Pechman.Trial briefs to be submitted by 6/18/2008.Proposed voir dire/jury instructions due by 6/18/2008 by Judge Marsha J. Pechman. (ES) (Entered: 04/19/2007) |
| 04/19/2007 | 78 | MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES; Length of Trial: *unknown*. Jury Trial is set for 6/23/2008 before Hon. Marsha J. Pechman.,Statement of asserted claims and preliminary infringement contentions due 5/25/2007,Statement of preliminary invalidity contentions due 6/15/2007,Joinder of Parties due by 5/7/2007,Amended Pleadings due by 5/17/2007,Reports from expert witnesses regarding Markman issues due 7/13/2007,Rebuttal expert reports regarding Markman issues due 8/10/2007,Proposed terms and Claim Elements and Preliminary Claim Chart due 8/24/2007,Joint claim chart due 9/24/2007,Opening claim construction briefs due 10/9/2007,Responsive claim construction briefs due 10/22/2007, Markman Hearing set for 11/9/2007 at 09:00 AM before Hon. Marsha J. Pechman;,Rebuttal Expert Disclosure/Reports due by 1/18/2008; All motions related to discovery must be noted on the calendar by 2/15/2008;Discovery completed by 2/20/2008,Dispositive motions due by 3/5/2008,Settlement conference to be held by 4/24/2008,39.1 mediation to be completed by 3/5/2008,Motions in Limine due by 5/23/2008,Pretrial Order due by 6/11/2008, Pretrial Conference set for 6/13/2008 at 01:30 PM before Hon. Marsha J. Pechman.,Trial briefs to be submitted by 6/18/2008,Proposed voir dire/jury instructions due by 6/18/2008 by Judge Marsha J. Pechman. (ES) (Entered: 04/19/2007) |
| 04/20/2007 | 79 | REPLY, filed by Plaintiff Avocent Redmond Corp, TO RESPONSE to 58 MOTION to Disqualify *Heller Ehrman LLP* (Knox, John) (Entered: 04/20/2007) |
| 04/20/2007 | 80 | DECLARATION of Brian Siritzky filed by Plaintiff Avocent Redmond Corp re 58 MOTION to Disqualify *Heller Ehrman LLP* (Knox, John) (Entered: 04/20/2007) |
| 04/25/2007 | 81 | REPLY, filed by Counter Claimants Trippe Manufacturing Co, Aten International Co Ltd, Aten Technology Inc, Defendants Aten Technology Inc, Aten International Co Ltd, Trippe Manufacturing Co, Belkin Corp, Rose Electronics, Peter Macourek, Darioush Rahvar, TO RESPONSE to 70 MOTION Defendants' Opposition to Avocent's Motion for Entry of Plaintiff's Protective Order and Cross-Motion for Entry of Defendants' Protective Order re 57 MOTION for Protective Order MOTION Defendants' Opposition to Avocent's Motion for Entry of Plaintiff's Protective Order and Cross-Motion for Entry of Defendants' Protective Order re 57 MOTION for Protective Order (Ahearne, Thomas) (Entered: 04/25/2007) |

| | | |
|---|---|---|
| 04/30/2007 | 82 | SURREPLY filed by Plaintiff Avocent Redmond Corp re 70 MOTION Defendants' Opposition to Avocent's Motion for Entry of Plaintiff's Protective Order and Cross-Motion for Entry of Defendants' Protective Order re 57 MOTION for Protective Order MOTION Defendants' Opposition to Avocent's Motion for Entry of Plaintiff's Protective Order and Cross-Motion for Entry of Defendants' Protective Order re 57 MOTION for Protective Order *and Motion to Strike Portions of Defendants' April 25 Reply Pursuant to Local Rule CR 7(g)* (Knox, John) (Entered: 04/30/2007) |
| 05/01/2007 | 83 | MINUTE ORDER REFERRING MOTION to Chief Judge Robert S. Lasnik: 58 MOTION to Disqualify *Heller Ehrman LLP* filed by Avocent Redmond Corp by Judge Marsha J. Pechman. (MD, ) (Entered: 05/01/2007) |
| 05/07/2007 | 84 | MOTION *for Leave to File a Second Amended Complaint for Patent Infringement* by Plaintiff Avocent Redmond Corp. (Attachments: # 1 Exhibit A# 2 Proposed Order)Noting Date 5/16/2007.(Knox, John) (Entered: 05/07/2007) |
| 05/11/2007 | 85 | MINUTE ORDER regarding education plan. In-court Hearing set for 11/2/2007 at 09:00 AM in Courtroom 14206 before Hon. Marsha J. Pechman by Judge Marsha J. Pechman. (ADO) (Entered: 05/11/2007) |
| 05/15/2007 | 86 | NOTICE *of Filing Transcript Regarding Motion and Cross-Motion for Entry of Protective Order* ; filed by Plaintiff Avocent Redmond Corp. (Attachments: # 1 Exhibit A)(Knox, John) (Entered: 05/15/2007) |
| 05/16/2007 | 87 | *Supplemental* BRIEF re 58 MOTION to Disqualify *Heller Ehrman LLP* by Plaintiff Avocent Redmond Corp. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Knox, John) (Entered: 05/16/2007) |
| 05/17/2007 | 88 | ORDER on 87 Supplemental Brief in support of motion to disqualify Heller Ehrman LLP filed by Avocent Redmond Corp by Judge Robert S. Lasnik. (RS, ) (Entered: 05/17/2007) |
| 05/17/2007 | 89 | MOTION for Protective Order *Regarding Rule 45 Subpoenas Served On Its Trial Counsel* by Plaintiff Avocent Redmond Corp. (Attachments: # 1 Exhibit A-I# 2 Proposed Order)Noting Date 5/29/2007.(Knox, John) (Entered: 05/17/2007) |
| 05/17/2007 | 90 | Agreed MOTION for Leave to File *First Amended Answer And Counterclaim* by Defendants Rose Electronics, Peter Macourek, Darioush Rahvar. (Attachments: # 1 Exhibit A# 2 Proposed Order)Noting Date 5/17/2007.(Dowler, Michael) (Entered: 05/17/2007) |
| 05/18/2007 | 91 | ORDER Granting Plaintiff's 84 Motion for Leave to File a Second Amended Complaint for Patent Infringement, by Judge Marsha J. Pechman.(TS, ) (Entered: 05/21/2007) |
| 05/18/2007 | 92 | ORDER Granting 90 Defendants' Unopposed Motion for Leave to File Amended Answer and Counterclaim, by Judge Marsha J. Pechman.(TS, ) (Entered: 05/21/2007) |

| | | |
|---|---|---|
| 05/22/2007 | 93 | Second AMENDED COMPLAINT *for Patent Infringement* against defendant(s) all defendants with JURY DEMAND, filed by Avocent Redmond Corp.(Knox, John) (Entered: 05/22/2007) |
| 05/22/2007 | 94 | ANSWER to Complaint *First Amended Answer and*, COUNTERCLAIM against plaintiff Avocent Redmond Corp by Rose Electronics, Peter Macourek, Darioush Rahvar.(Dowler, Michael) (Entered: 05/22/2007) |
| 05/23/2007 | 95 | ANSWER to Amended Complaint *(Second Amended Complaint)* with JURY DEMAND by Belkin International Inc, Belkin Inc.(Moore, Michael) (Entered: 05/23/2007) |
| 05/23/2007 | 96 | RESPONSE, by Defendant Rose Electronics, to 89 MOTION for Protective Order *Regarding Rule 45 Subpoenas Served On Its Trial Counsel*. (Attachments: # 1)(Jackson, Brian) (Entered: 05/23/2007) |
| 05/23/2007 | 97 | DECLARATION of Brian L. Jackson filed by Defendant Rose Electronics re 89 MOTION for Protective Order *Regarding Rule 45 Subpoenas Served On Its Trial Counsel* (Jackson, Brian) (Entered: 05/23/2007) |
| 05/23/2007 | 98 | CERTIFICATE OF SERVICE by Defendant Rose Electronics re 97 Declaration, 96 Response to Motion. (Jackson, Brian) (Entered: 05/23/2007) |
| 05/24/2007 | 99 | ORDER granting in part and denying in part 57 Avocent's Motion for entry of protective order; denying 70 Defendants' Motion for entry of protective order. The parties shall file a revised proposed protective order that is consistent with this order no later than June 4, 2007, for the Court's signature by Judge Marsha J. Pechman.(ADO) (Entered: 05/24/2007) |
| 05/24/2007 | 100 | RESPONSE, by Counter Claimants Rose Electronics, Peter Macourek, Darioush Rahvar, Defendants Rose Electronics, Peter Macourek, Darioush Rahvar, to 58 MOTION to Disqualify *Heller Ehrman LLP*. (Terwilliger, Molly) (Entered: 05/24/2007) |
| 05/24/2007 | 101 | Supplemental DECLARATION of Molly A. Terwilliger filed by Counter Claimants Rose Electronics, Peter Macourek, Darioush Rahvar, Defendants Rose Electronics, Peter Macourek, Darioush Rahvar re 58 MOTION to Disqualify *Heller Ehrman LLP* (Terwilliger, Molly) (Entered: 05/24/2007) |
| 05/24/2007 | 102 | Supplemental DECLARATION of Robert H. Aronson filed by Counter Claimants Rose Electronics, Peter Macourek, Darioush Rahvar, Defendants Rose Electronics, Peter Macourek, Darioush Rahvar re 58 MOTION to Disqualify *Heller Ehrman LLP* (Terwilliger, Molly) (Entered: 05/24/2007) |
| 05/24/2007 | 103 | CERTIFICATE OF SERVICE by Counter Claimants Rose Electronics, Peter Macourek, Darioush Rahvar, Defendants Rose Electronics, Peter Macourek, Darioush Rahvar re 100 Response to Motion, 101 Declaration, 102 Declaration,. (Terwilliger, Molly) (Entered: 05/24/2007) |
| 05/24/2007 | 104 | PRAECIPE TO ISSUE SUMMONS, by Plaintiff Avocent Redmond |

| | | |
|---|---|---|
| | | Corp, Summons Issued. (TS, ) (Entered: 05/25/2007) |
| 05/29/2007 | 105 | REPLY, filed by Plaintiff Avocent Redmond Corp, TO RESPONSE to 89 MOTION for Protective Order *Regarding Rule 45 Subpoenas Served On Its Trial Counsel* (Knox, John) (Entered: 05/29/2007) |
| 05/30/2007 | 106 | ANSWER to Counterclaim by Avocent Redmond Corp.(Knox, John) (Entered: 05/30/2007) |
| 05/30/2007 | 107 | ORDER granting plaintiff's 58 Motion to Disqualify Heller Ehrman LLP; Attorney Molly A Terwilliger terminated by Judge Robert S. Lasnik. (RS, ) (Entered: 05/31/2007) |
| 05/31/2007 | 108 | ANSWER to Amended Complaint *(Second Amended Complaint)* with JURY DEMAND, COUNTERCLAIM against plaintiff Avocent Redmond Corp by Aten International Co Ltd.(Yang, Ming-Tao) (Entered: 05/31/2007) |
| 05/31/2007 | 109 | ANSWER to Amended Complaint *(Second Amended Complaint)* with JURY DEMAND, COUNTERCLAIM against plaintiff Avocent Redmond Corp by Aten Technology Inc.(Yang, Ming-Tao) (Entered: 05/31/2007) |
| 06/01/2007 | 110 | SURREPLY filed by Defendant Rose Electronics re 89 MOTION for Protective Order *Regarding Rule 45 Subpoenas Served On Its Trial Counsel* (Attachments: # 1 Exhibit 14# 2 Exhibit 15# 3 Exhibit 16) (Jackson, Brian) (Entered: 06/01/2007) |
| 06/04/2007 | 111 | ANSWER to Amended Complaint *For Patent Infringement* with JURY DEMAND, COUNTERCLAIM against plaintiff Avocent Redmond Corp by Rose Electronics, Peter Macourek, Darioush Rahvar.(Dowler, Michael) (Entered: 06/04/2007) |
| 06/04/2007 | 112 | PROPOSED ORDER (Unsigned) *Revised Proposed Protective Order*. (Knox, John) (Entered: 06/04/2007) |
| 06/05/2007 | 113 | PROPOSED ORDER (Unsigned) *Stipulation and [Proposed] Order of Dismissal of Trippe Manufacturing Company* (Knox, John) (Entered: 06/05/2007) |
| 06/05/2007 | 114 | *Avocent Redmond Corp.'s* ANSWER to Counterclaim *filed by Aten Technology Inc. on May 31, 2007* by Avocent Redmond Corp.(Knox, John) (Entered: 06/05/2007) |
| 06/05/2007 | 115 | *Avocent Redmond Corp.'s* ANSWER to Counterclaim *filed by Aten International Co., Ltd. on May 31, 2007* by Avocent Redmond Corp. (Knox, John) (Entered: 06/05/2007) |
| 06/05/2007 | 116 | REVISED PROTECTIVE ORDERby Judge Marsha J. Pechman. (Entered: 06/06/2007) |
| 06/06/2007 | 117 | ORDER striking 89 Avocent's Motion for Protective Order by Judge Marsha J. Pechman.(ADO) (Entered: 06/06/2007) |
| 06/06/2007 | 118 | STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT |

| | | |
|---|---|---|
| | | TRIPPE MANUFACTURING COMPANY WITH PREJUDICE AND EACH PARTY SHALL BEAR ITS OWN COSTS AND ATTORNEYS' FEES re 113 Proposed Stipulation and Order (Unsigned) filed by Avocent Redmond Corp, Trippe Manufacturing Co; Trippe Manufacturing Co and Trippe Manufacturing Co terminated.by Judge Marsha J. Pechman. (Entered: 06/07/2007) |
| 06/11/2007 | 119 | ANSWER to Counterclaim *filed by Rose Electronics on June 4, 2007* by Avocent Redmond Corp.(Knox, John) (Entered: 06/11/2007) |
| 06/12/2007 | 120 | NOTICE of Appearance by attorney Philip S McCune on behalf of Counter Claimants Rose Electronics, Peter Macourek, Darioush Rahvar, Rose Electronics, Peter Macourek, Darioush Rahvar, Defendants Rose Electronics, Peter Macourek, Darioush Rahvar. (McCune, Philip) (Entered: 06/12/2007) |
| 08/08/2007 | 121 | MOTION to Seal *Motion to Disqualify and Exhibits to Declaration of Thomas L. Casagrande* by Defendant Rose Electronics. (Attachments: # 1 Proposed Order)Noting Date 8/24/2007.(McCune, Philip) (Entered: 08/08/2007) |
| 08/08/2007 | 122 | MOTION to Disqualify *Plaintiff's Counsel Davidson, Berquist, Jackson & Gowdey LLP* by Defendant Rose Electronics. (Attachments: # 1 Exhibit 1-5# 2 Proposed Order)Noting Date 8/24/2007.(McCune, Philip) (Entered: 08/08/2007) |
| 08/08/2007 | 123 | DECLARATION of Thomas L. Casagrande filed by Defendant Rose Electronics re 122 MOTION to Disqualify *Plaintiff's Counsel Davidson, Berquist, Jackson & Gowdey LLP* (Attachments: # 1 Exhibit A, pp 6-35# 2 Exhibit B, pp 36-39# 3 Exhibit C, pp 40-57# 4 Exhibit F, pp 117-172# 5 Exhibit G, pp 173-196# 6 Exhibit I, pp 220-229)(McCune, Philip) (Entered: 08/08/2007) |
| 08/08/2007 | 124 | DECLARATION of Robert J. McAughan, Jr. filed by Defendant Rose Electronics re 122 MOTION to Disqualify *Plaintiff's Counsel Davidson, Berquist, Jackson & Gowdey LLP* (Attachments: # 1 Exhibit A-D) (McCune, Philip) (Entered: 08/08/2007) |
| 08/08/2007 | 125 | DECLARATION of Michael J. Turton filed by Defendant Rose Electronics re 122 MOTION to Disqualify *Plaintiff's Counsel Davidson, Berquist, Jackson & Gowdey LLP* (McCune, Philip) (Entered: 08/08/2007) |
| 08/08/2007 | 126 | MOTION to Compel *Production of Documents* by Defendant Rose Electronics. (Attachments: # 1 Exhibit 1# 2 Proposed Order)Noting Date 8/24/2007.(McCune, Philip) (Entered: 08/08/2007) |
| 08/08/2007 | 127 | DECLARATION of Thomas L. Casagrande filed by Defendant Rose Electronics re 126 MOTION to Compel *Production of Documents* (Attachments: # 1 Exhibit A-J)(McCune, Philip) (Entered: 08/08/2007) |
| 08/08/2007 | 128 | **SEALED DOCUMENT** *Motion to Disqualify Plaintiff's Counsel Davidson, Berquist, Jackson & Gowdey LLP* by Defendant Rose |

| | | |
|---|---|---|
| | | Electronics re 121 MOTION to Seal *Motion to Disqualify and Exhibits to Declaration of Thomas L. Casagrande*. (McCune, Philip) (Entered: 08/08/2007) |
| 08/08/2007 | 129 | **SEALED DOCUMENT** *Ex D, pp 58-108, to Declaration of Thomas L. Casagrande* by Defendant Rose Electronics re 121 MOTION to Seal *Motion to Disqualify and Exhibits to Declaration of Thomas L. Casagrande*. (McCune, Philip) Modified on 10/4/2007 -DOCUMENT UNSEALED PER ORDER DATED 10/4/07(MD, ). (Entered: 08/08/2007) |
| 08/08/2007 | 130 | **SEALED DOCUMENT** *Ex E, pp 109-116, to Declaration of Thomas L. Casagrande* by Defendant Rose Electronics re 121 MOTION to Seal *Motion to Disqualify and Exhibits to Declaration of Thomas L. Casagrande*. (McCune, Philip) Modified on 10/4/2007-DOCUMENT UNSEALED PER ORDER DATED 10/4/07 (MD, ). (Entered: 08/08/2007) |
| 08/08/2007 | 131 | **SEALED DOCUMENT** *Ex H, pp 197-219, to Declaration of Thomas L. Casagrande* by Defendant Rose Electronics re 121 MOTION to Seal *Motion to Disqualify and Exhibits to Declaration of Thomas L. Casagrande*. (McCune, Philip) (Entered: 08/08/2007) |
| 08/20/2007 | 132 | RESPONSE, by Plaintiff Avocent Redmond Corp, to 126 MOTION to Compel *Production of Documents*. (Knox, John) (Entered: 08/20/2007) |
| 08/20/2007 | 133 | DECLARATION of James D. Berquist filed by Plaintiff Avocent Redmond Corp re 126 MOTION to Compel *Production of Documents* (Attachments: # 1 Exhibit 1-4, pp. 5-13)(Knox, John) (Entered: 08/20/2007) |
| 08/20/2007 | 134 | RESPONSE, by Plaintiff Avocent Redmond Corp, to 121 MOTION to Seal *Motion to Disqualify and Exhibits to Declaration of Thomas L. Casagrande*. (Knox, John) (Entered: 08/20/2007) |
| 08/20/2007 | 135 | DECLARATION of Donald L. Jackson filed by Plaintiff Avocent Redmond Corp re 121 MOTION to Seal *Motion to Disqualify and Exhibits to Declaration of Thomas L. Casagrande* (Attachments: # 1 Exhibit 1, pp. 4-6)(Knox, John) (Entered: 08/20/2007) |
| 08/20/2007 | 136 | RESPONSE, by Plaintiff Avocent Redmond Corp, to 122 MOTION to Disqualify *Plaintiff's Counsel Davidson, Berquist, Jackson & Gowdey LLP*. Oral Argument Requested. (Knox, John) (Entered: 08/20/2007) |
| 08/20/2007 | 137 | DECLARATION of James D. Berquist filed by Plaintiff Avocent Redmond Corp re 122 MOTION to Disqualify *Plaintiff's Counsel Davidson, Berquist, Jackson & Gowdey LLP* (Attachments: # 1 Exhibit 1-14)(Knox, John) (Entered: 08/20/2007) |
| 08/20/2007 | 138 | DECLARATION of J. Scott Davidson filed by Plaintiff Avocent Redmond Corp re 122 MOTION to Disqualify *Plaintiff's Counsel Davidson, Berquist, Jackson & Gowdey LLP* (Knox, John) (Entered: 08/20/2007) |

| | | |
|---|---|---|
| 08/20/2007 | 139 | DECLARATION of Doyle C. Weeks filed by Plaintiff Avocent Redmond Corp re 122 MOTION to Disqualify *Plaintiff's Counsel Davidson, Berquist, Jackson & Gowdey LLP* (Knox, John) (Entered: 08/20/2007) |
| 08/20/2007 | 140 | DECLARATION of Donald L. Jackson filed by Plaintiff Avocent Redmond Corp re 122 MOTION to Disqualify *Plaintiff's Counsel Davidson, Berquist, Jackson & Gowdey LLP* (Knox, John) (Entered: 08/20/2007) |
| 08/24/2007 | 141 | REPLY, filed by Defendant Rose Electronics, TO RESPONSE to 121 MOTION to Seal *Motion to Disqualify and Exhibits to Declaration of Thomas L. Casagrande* (McCune, Philip) (Entered: 08/24/2007) |
| 08/24/2007 | 142 | REPLY, filed by Defendant Rose Electronics, TO RESPONSE to 126 MOTION to Compel *Production of Documents* (McCune, Philip) (Entered: 08/24/2007) |
| 08/24/2007 | 143 | DECLARATION of Thomas L. Casagrande filed by Defendant Rose Electronics re 126 MOTION to Compel *Production of Documents* (Attachments: # 1 Exhibit A-I)(McCune, Philip) (Entered: 08/24/2007) |
| 08/24/2007 | 144 | REPLY, filed by Defendant Rose Electronics, TO RESPONSE to 122 MOTION to Disqualify *Plaintiff's Counsel Davidson, Berquist, Jackson & Gowdey LLP* (Attachments: # 1 Exhibit 1)(McCune, Philip) (Entered: 08/24/2007) |
| 08/24/2007 | 145 | DECLARATION of Brian L. Jackson filed by Defendant Rose Electronics re 122 MOTION to Disqualify *Plaintiff's Counsel Davidson, Berquist, Jackson & Gowdey LLP* (McCune, Philip) (Entered: 08/24/2007) |
| 09/24/2007 | 146 | NOTICE *Joint Claim Chart* ; filed by Plaintiff Avocent Redmond Corp. (Jackson, Donald) (Entered: 09/24/2007) |
| 09/24/2007 | 147 | STATEMENT of Issues (Defendants' Joint Prehearing Statement) by Defendants Belkin International Inc, Belkin Inc, Aten Technology Inc, Aten International Co Ltd, Rose Electronics, Peter Macourek, Darioush Rahvar. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C) (Codding, Richard) (Entered: 09/24/2007) |
| 09/24/2007 | 148 | **SEALED DOCUMENT** *Avocent's Pre-Hearing Statement* by Plaintiff Avocent Redmond Corp re 116 Protective Order. (Attachments: # (1) Exhibit 1# (2) Exhibit 2# (3) Exhibit 3)(Jackson, Donald) (Entered: 09/24/2007) |
| 10/04/2007 | 149 | ORDER denying without prejudice 126 Motion to Compel. Within three (3) judicial days of this order, the parties must meet and confer regarding the issues presented in this motion. Any renewed motion must be presented using the unified format in CR 37(a)(2)(B) by Judge Marsha J. Pechman.(ADO) (Entered: 10/04/2007) |
| 10/04/2007 | 150 | ORDER granting in part and denying in part 121 Rose Electronics' Motion to Seal. Exhibit H and the motio to disqualify will remain sealed. |

| | | |
|---|---|---|
| | | But the Court will not seal Exhibits D & E. The Court will consider separately, in the context of the motion to disqualify, Avocent's motion to strike. The clerk is directed to send a copy of this order to all counsel of record and to unseal Exhibits D & E. (Clerk unsealed exhibits D & E) by Judge Marsha J. Pechman.(MD, ) (Entered: 10/04/2007) |
| 10/08/2007 | 151 | Motion to Disqualify Plaintiff's Counsel Davidson, Berquist, Jackson & Gowdey LLP (Unsealed and Unredacted re [128] Sealed Document, by Defendant Rose Electronics. Noting Date 8/24/07 (McCune, Philip) Modified on 10/9/2007 (ECS, ). (Entered: 10/08/2007) |
| 10/09/2007 | | Noting Date Set to correct e-filing error re 151 MOTION to Disqualify Counsel : Noting Date 8/24/2007. (ECS, ) (Entered: 10/09/2007) |
| 10/09/2007 | | NOTICE of Docket Text Modification re 151 MOTION to Disqualify Counsel : E-filed incorrectly as a Brief. Document is a motion and docket altered to reflect change. Noting date on Court's Calendar. (ECS, ) (Entered: 10/09/2007) |
| 10/09/2007 | 152 | ORDER denying 122[128] Motion to Disqualify by Judge Marsha J. Pechman.(ADO) (Entered: 10/09/2007) |
| 10/09/2007 | | ***Motion terminated: 151 MOTION to Disqualify Counsel filed by Rose Electronics. (THIS IMAGE IS A REDACTED VERSION OF DKT. NO. 128) (MD, ) (Entered: 10/09/2007) |
| 10/09/2007 | 153 | OPENING BRIEF *Opening Markman Brief* by Plaintiff Avocent Redmond Corp. (Attachments: # 1 Exhibit 1-5, pp. 27-70)(Knox, John) (Entered: 10/09/2007) |
| 10/09/2007 | 154 | DECLARATION of Joseph C. McAlexander *in Support of Avocent's Opening Markman Brief* by Plaintiff Avocent Redmond Corp. (Attachments: # 1 Exhibit 1-2, pp. 4-123)(Knox, John) (Entered: 10/09/2007) |
| 10/09/2007 | 155 | OPENING BRIEF *Defendants' Opening Claim Construction Brief* by Defendants Belkin International Inc, Belkin Inc, Aten Technology Inc, Aten International Co Ltd, Rose Electronics, Peter Macourek, Darioush Rahvar. (McCune, Philip) (Entered: 10/09/2007) |
| 10/09/2007 | 156 | DECLARATION of Jeffrey J. Phillips in Support of Defendants' Opening Claim Construction Brief re 155 Brief - Opening by Defendants Belkin International Inc, Belkin Inc, Aten Technology Inc, Aten International Co Ltd, Rose Electronics, Peter Macourek, Darioush Rahvar. (Attachments: # 1 Exhibit A-D, pp 5-90# 2 Exhibit E-G, pp 91-138# 3 Exhibit H-K, pp 139-227)(McCune, Philip) (Entered: 10/09/2007) |
| 10/09/2007 | 157 | DECLARATION of Steven R. Eisenbarth in Support of Defendants' Opening Claim Construction Brief re 155 Brief - Opening by Defendants Belkin International Inc, Belkin Inc, Aten Technology Inc, Aten International Co Ltd, Rose Electronics, Peter Macourek, Darioush Rahvar. (McCune, Philip) (Entered: 10/09/2007) |
| 10/19/2007 | 158 | MOTION for Relief *from Certain Deadlines* by Defendants Rose |

| | | |
|---|---|---|
| | | Electronics, Peter Macourek, Darioush Rahvar. (Attachments: # 1 Proposed Order)Noting Date 10/30/2007.(McCune, Philip) (Entered: 10/19/2007) |
| 10/19/2007 | 159 | DECLARATION of Thomas L. Casagrande filed by Defendants Rose Electronics, Peter Macourek, Darioush Rahvar re 158 MOTION for Relief *from Certain Deadlines* (Attachments: # 1 Exhibit 1-9, pp 5-81# 2 Exhibit 10-15, pp 82-143)(McCune, Philip) (Entered: 10/19/2007) |
| 10/22/2007 | 160 | APPLICATION OF ATTORNEY Floyd R. Nation FOR LEAVE TO APPEAR PRO HAC VICE for Defendants Rose Electronics, Peter Macourek, Darioush Rahvar (Fee Paid) Receipt No. 1273181. (Attachments: # 1 ECF Registration)(McCune, Philip) (Entered: 10/22/2007) |
| 10/22/2007 | 161 | DECLARATION of Jeffrey J. Phillips, Esq. re 153 Brief - Opening by Defendants Belkin International Inc, Belkin Inc. (Attachments: # 1 Exhibit L# 2 Exhibit M)(Moore, Michael) Modified on 10/23/2007 (ECS, ). (Entered: 10/22/2007) |
| 10/22/2007 | 162 | RESPONSIVE Markman BRIEF by Plaintiff Avocent Redmond Corp. (Knox, John) Modified on 10/23/2007 (ECS, ). (Entered: 10/22/2007) |
| 10/22/2007 | 163 | RESPONSIVE Claim Construction Brief by Defendants Belkin International Inc, Belkin Inc, Belkin Corp re 153 Brief - Opening. (Moore, Michael) Modified on 10/23/2007 (ECS, ). (Entered: 10/22/2007) |
| 10/22/2007 | 164 | Rebuttal DECLARATION of Dr. Steven R. Eisenbarth re 153 Brief - Opening by Defendants Belkin International Inc, Belkin Inc, Belkin Corp. (Moore, Michael) Modified on 10/23/2007 (ECS, ). (Entered: 10/22/2007) |
| 10/24/2007 | 165 | ORDER re 160 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Floyd R Nation as pro hac vice atty for Defendants Rose Electronics, Peter Macourek, Darioush Rahvar, by Bruce Rifkin. (No document associated with this docket entry, text only.)(MD, ) (Entered: 10/24/2007) |
| 10/24/2007 | 166 | NOTICE of Joinder JOINING 158 MOTION for Relief *from Certain Deadlines*, by Defendants Aten Technology Inc, Aten International Co Ltd. (Ahearne, Thomas) (Entered: 10/24/2007) |
| 10/24/2007 | 167 | MOTION to Stay *Proceedings Pending the U.S. Patent and Trademark Office's Reexamination of All the Patents-in-Suit* by Defendants Rose Electronics, Peter Macourek, Darioush Rahvar. (Attachments: # 1 Proposed Order)Noting Date 11/9/2007.(McCune, Philip) (Entered: 10/24/2007) |
| 10/24/2007 | 168 | DECLARATION of Thomas L. Casagrande filed by Defendants Rose Electronics, Peter Macourek, Darioush Rahvar re 167 MOTION to Stay *Proceedings Pending the U.S. Patent and Trademark Office's Reexamination of All the Patents-in-Suit* (Attachments: # 1 Exhibit 1-10, |

| | | |
|---|---|---|
| | | pp 5-83# 2 Exhibit 11-17, pp 84-147)(McCune, Philip) (Entered: 10/24/2007) |
| 10/25/2007 | 169 | RESPONSE, by Plaintiff Avocent Redmond Corp, to 158 MOTION for Relief *from Certain Deadlines*. (Knox, John) (Entered: 10/25/2007) |
| 10/25/2007 | 170 | DECLARATION of James D. Berquist filed by Plaintiff Avocent Redmond Corp re 158 MOTION for Relief *from Certain Deadlines* (Attachments: # 1 Exhibit 1-10, pp. 4-55)(Knox, John) (Entered: 10/25/2007) |
| 10/25/2007 | 171 | DECLARATION of Michael R. Casey filed by Plaintiff Avocent Redmond Corp re 158 MOTION for Relief *from Certain Deadlines* (Knox, John) (Entered: 10/25/2007) |
| 10/25/2007 | 172 | MOTION to Compel *Aten International to Produce a Rule 30(B)(6) Witness in the United States* by Plaintiff Avocent Redmond Corp. Noting Date 11/9/2007.(Knox, John) (Entered: 10/25/2007) |
| 10/25/2007 | 173 | DECLARATION of James Berquist filed by Plaintiff Avocent Redmond Corp re 172 MOTION to Compel *Aten International to Produce a Rule 30(B)(6) Witness in the United States* (Attachments: # 1 Exhibit 1-6, pp. 3-39)(Knox, John) (Entered: 10/25/2007) |
| 10/30/2007 | 174 | REPLY, filed by Defendants Rose Electronics, Peter Macourek, Darioush Rahvar, TO RESPONSE to 158 MOTION for Relief *from Certain Deadlines* (McCune, Philip) (Entered: 10/30/2007) |
| 10/30/2007 | 175 | DECLARATION of Thomas L. Casagrande filed by Defendants Rose Electronics, Peter Macourek, Darioush Rahvar re 158 MOTION for Relief *from Certain Deadlines* (Attachments: # 1 Exhibit 1, pp 4-7# 2 Exhibit 2, pp 8-23# 3 Exhibit 3, pp 24-147# 4 Exhibit 4, pp 148-154) (McCune, Philip) (Entered: 10/30/2007) |
| 10/30/2007 | 176 | NOTICE of Joinder JOINING 167 MOTION to Stay *Proceedings Pending the U.S. Patent and Trademark Office's Reexamination of All the Patents-in-Suit*, by Defendants Aten Technology Inc, Aten International Co Ltd. (Yang, Ming-Tao) (Entered: 10/30/2007) |
| 10/30/2007 | 177 | MINUTE ORDER STAYING CASE PENDING RESOLUTION OF DEFENDANTS' REQUEST TO THE USPTO THAT IT REEXAMINE AVOCENT'S PATENTS. TERM MOTIONS- 167 MOTION to Stay *Proceedings Pending the U.S. Patent and Trademark Office's Reexamination of All the Patents-in-Suit* filed by Darioush Rahvar, Peter Macourek, Rose Electronics, 172 MOTION to Compel *Aten International to Produce a Rule 30(B)(6) Witness in the United States* filed by Avocent Redmond Corp, 158 MOTION for Relief *from Certain Deadlines* filed by Darioush Rahvar, Peter Macourek, Rose Electronics. The parties are to update the Court regularly on the progress of the reexamination process by Judge Marsha J. Pechman. (MD, ) (Entered: 10/31/2007) |
| 10/30/2007 | 178 | MINUTE ENTRY for proceedings held before Judge Marsha J. Pechman |

| | | |
|---|---|---|
| | | - Dep Clerk: *Eileen Scollard*; Law Clerk: Andrea Ostrovsky. Pla Counsel: *Donald Jackson, Jay Berquist, John Knox*; Def Counsel: *Mike Dowler, Philip McCune, Richard Codding, Sr., Michael Moore*; CR: *Nichole Rhynard*; Time of Hearing: *35 mins*; **Telephone Conference** held on 10/30/07. Court grants Motion to Stay. Tutorial hearing and Markman hearing stricken. Counsel to file periodic status reports with the court. (ES) (Entered: 11/02/2007) |
| 11/19/2007 | 179 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of the Telephone Conference held on 10/30/2007 has been filed.<br><br>Pursuant to the new policy adopted by the Judicial Conference, transcripts are available for inspection only at the clerk's office or may be purchased from the court reporter for a 90 day period. Information regarding the policy can be found on the court's website at www.wawd.uscourts.gov.<br><br>To purchase a copy of the transcript contact court reporter Nichole Rhynard by telephone at 206-370-8504. (LMK, ) Additional attachment (s) added on 2/19/2008 (LMK, ). (Entered: 11/23/2007) |
| 01/07/2008 | 180 | STATUS REPORT *Concerning Pending Patent Reexamination Proceedings* by Counter Claimants Rose Electronics, Peter Macourek, Darioush Rahvar, Rose Electronics, Peter Macourek, Darioush Rahvar, Defendants Rose Electronics, Peter Macourek, Darioush Rahvar. (Attachments: # 1 Exhibit 1-3)(Dowler, Michael) (Entered: 01/07/2008) |
| 02/12/2008 | 181 | NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL on behalf of Counter Claimants Rose Electronics, Peter Macourek, Darioush Rahvar, Defendants Rose Electronics, Peter Macourek, Darioush Rahvar. C. Seth Wilkinson is substituted as counsel for Counter Claimants, Defendants. Attorney Lawrence Carl Locker and Philip S McCune terminated. (Wilkinson, C.) (Entered: 02/12/2008) |
| 02/19/2008 | | NOTICE of Docket Text Modification re 179 Notice of Filing of Official Transcript: Trancript Unsealed (LMK, ) (Entered: 02/19/2008) |


| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/21/2008 13:13:22 | | | |
| **PACER Login:** | dc3483 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:06-cv-01711-MJP |
| **Billable Pages:** | 21 | **Cost:** | 1.68 |