# In the United States Court of Federal Claims

| | |
|---|---|
| AVOCENT REDMOND CORP., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 08-69C<br><br>(Filed: March 18, 2008) |

## ORDER

Defendant's unopposed motion, filed March 11, 2008, to notice Rose Electronics as a third party is **GRANTED**.

**It is hereby ORDERED** that the Clerk of Court shall issue a notice to Rose Electronics, (a partnership of Peter Macourek and Darioush Rahvar) to appear, if it so desires, as a party and assert whatever interest it may have in this action.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims