**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| AVOCENT REDMOND CORP.<br><br>Plaintiff,<br>v.<br><br>THE UNITED STATES<br><br>Defendant<br><br>and<br><br>ROSE ELECTRONICS,<br><br>Proposed Defendant-Intervenor. | No. 08-69C<br><br>Judge Lawrence S. Margolis |

**ORDER**

Upon consideration of *Rose Electronics' Motion to Intervene*, the Court hereby ORDERS that the motion be, and hereby is, GRANTED.

Rose Electronics is hereby permitted to intervene and participate in this action as a defendant.

IT IS SO ORDERED.

Signed this __________ day of ________, 2008

______________________________
LAWRENCE S. MARGOLIS
Judge, United States Court of Federal Claims