**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| AVOCENT REDMOND CORP.<br><br>Plaintiff,<br>v.<br><br>THE UNITED STATES<br><br>Defendant<br><br>and<br><br>ROSE ELECTRONICS,<br><br>Proposed Defendant-Intervenor. | No. 08-69C<br><br>Judge Lawrence S. Margolis |

**ROSE ELECTRONICS'S CORPORATE DISCLOSURE**
**STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Defendant Rose Electronics, pursuant to Fed. R. Civ. P. 7.1, states that it has no parent corporation and that no publicly held company or investment fund holds a 10% or more ownership interest in it.

Dated: May 12, 2008

Respectfully submitted,

Bert C. Reiser, Esq.
HOWREY LLP
1299 Pennsylvania Ave NW
Washington, DC 20004
Ph.: 202.783.0800
Fax: 202.383.6610
reiserb@howrey.com

*Attorney for Proposed Defendant-Intervenor*
Rose Electronics
10707 Stancliff Road
Houston, TX 77099

<u>OF COUNSEL:</u>

Michael S. Dowler, Esq.
Thomas L. Casagrande, Esq.
Jeffrey J. Phillips, Esq.
HOWREY LLP
1111 Louisiana, 25th floor
Houston, TX 77002-5242
713.787.1400 (phone)
713.787.1440 (fax)
dowlerm@howrey.com
casagrandet@howrey.com
phillipsj@howrey.com
(*applications for pro hac vice admission pending*)

Bert C. Reiser, Esq.
HOWREY LLP
1299 Pennsylvania Ave NW
Washington, DC 20004
United States of America
202.783.0800 (phone)
202.383.6610 (fax)
reiserb@howrey.com

Brian L. Jackson, Esq.
LAW OFFICE OF BRIAN L. JACKSON
1302 Waugh Drive, # 582
Houston, TX 77019-3908
713.522.5766 (phone)
713.583.5785 (fax)
brian@brianjacksonlaw.com
(*application for pro hac vice admission pending*)

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing *Rose Electronics's Corporate Disclosure Pursuant to Fed. R. Civ. P. 7.1* was served by first class mail on May 12, 2008, on all counsel of record, as follows:

James D. Berquist
J. Scott Davidson
Donald L. Jackson
Grace Obermann
DAVIDSON, BERQUIST JACKSON & GOWDEY LLP
4300 Wilson Blvd, Suite 700
Arlington, VA 22203

Jeffrey S. Bucholtz
Acting Assistant Attorney General
John Fargo
Director
Robert G. Hilton
Attorney
Commercial Litigation Branch
Civil Division
DEPARTMENT OF JUSTICE
Washington, DC 20530