IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AVOCENT REDMOND CORP., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | No. 08-69C |
| Defendant, | ) | Judge Lawrence S. Margolis |
| and | ) | |
| ROSE ELECTRONICS, | ) | |
| Proposed Defendant-Intervenor. | ) | |

DEFENDANT'S RESPONSE TO MOTION BY PROPOSED DEFENDANT-INTERVENOR

Defendant, the United States, supports the motion filed on May 12, 2008 by Rose Electronics to intervene in the present case, for the reasons set forth in support of Defendant's Motion To Notice Rose Electronics As a Third Party, filed on March 11, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JOHN FARGO
Director

s/Robert G. Hilton
ROBERT G. HILTON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0346
Telefax: (202) 307-0345

May 14, 2008