**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

AVOCENT REDMOND CORP., a Washington corporation,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 08-69C

Judge Lawrence S. Margolis

**DECLARATION OF J. SCOTT DAVIDSON IN SUPPORT OF AVOCENT REDMOND'S OPPOSITION TO ROSE'S CROSS-MOTION FOR A PROTECTIVE ORDER**

I, J. Scott Davidson, hereby declare as follows:

1. I am a partner with the law firm of Davidson Berquist Jackson & Gowdey, LLP, counsel for Plaintiff Avocent Redmond Corp. in this action.

2. I am not, and have never been, an employee of Avocent or any of its parent, subsidiary, or affiliated companies or entities. I am not, and have never been, on the board of directors of any Avocent company or entity.

3. I have been outside patent counsel to Avocent Corporation and its affiliates for almost 10 years. I have handled, and I continue to handle, dozens of patent applications directed to the field of KVM switches for Avocent Corporation and its affiliated companies. I have also represented Avocent Redmond, its predecessor Apex Inc., and one of its corporate affiliates in three patent litigations involving KVM switch technology since 1998.

4. I declare under the penalty of perjury that the foregoing is true and correct.

DATED: June 30, 2008.

J. Scott Davidson

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that Rose's counsel was served by hand-delivery on June 30, 2008.

The undersigned hereby certifies that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per RCFC 5.2. Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Donald L. Jackson_________________
Donald L. Jackson