**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| AVOCENT REDMOND CORP., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 08-69C<br><br>Judge Lawrence S. Margolis |

**DECLARATION OF J. SCOTT DAVIDSON IN SUPPORT OF AVOCENT REDMOND'S OPPOSITION TO ROSE'S CROSS-MOTION FOR A PROTECTIVE ORDER**

I, J. Scott Davidson, hereby declare as follows:

1. I am a partner with the law firm of Davidson Berquist Jackson & Gowdey, LLP, counsel for Plaintiff Avocent Redmond Corp. in this action.

2. I am not, and have never been, an employee of Avocent or any of its parent, subsidiary, or affiliated companies or entities. I am not, and have never been, on the board of directors of any Avocent company or entity.

3. I have been outside patent counsel to Avocent Corporation and its affiliates for almost 10 years. I have handled, and I continue to handle, dozens of patent applications directed to the field of KVM switches for Avocent Corporation and its affiliated companies. I have also represented Avocent Redmond, its predecessor Apex Inc., and one of its corporate affiliates in three patent litigations involving KVM switch technology since 1998.

4. I declare under the penalty of perjury that the foregoing is true and correct.

DATED: June 30, 2008.

J. Scott Davidson

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the following counsel was served by hand-delivery on July 1, 2008:

Bert C. Reiser
Howrey, LLP
1299 Pennsylvania Ave. NW
Washington, DC 20004
Ph.: 202-783-0800
Fax: 202-383-6610
reiserb@howrey.com
Attorney for Rose Electronics

The undersigned hereby certifies that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per RCFC 5.2. Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Jeffrey S. Bucholtz
Acting Assistant Attorney General
John Fargo
Director
Robert G. Hilton
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530

/s/ Donald L. Jackson________________
Donald L. Jackson