IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AVOCENT REDMOND CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | No. 08-69C |
| | ) | |
| Defendant, | ) | Judge Lawrence S. Margolis |
| | ) | |
| and | ) | |
| | ) | |
| ROSE ELECTRONICS, | ) | |
| | ) | |
| Proposed Defendant-Intervenor. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO ENLARGE THE TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES TO THE UNITED STATES AND PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION TO THE UNITED STATES

Defendant moves to enlarge the time to respond to Avocent Redmond's First Set of Interrogatories to the United States (1st Interrogatories), and to Avocent Redmond's First Set of Requests for Production to the United States (Nos. 1-19) (1st RFP), for a period of 34 days, until August 18, 2008. Defendant has contacted the attorney for the plaintiff and the attorney for the proposed defendant-intervenor, and neither oppose this motion. This is defendant's first request for an enlargement.

Statement in Support of Motion

In this lawsuit, plaintiff is seeking compensation for the alleged unauthorized use or manufacture by or for the United States of certain Keyboard Video Mouse (KVM) switching devices. KVM switching devices allow one computer workstation to control multiple computers.

These uses and manufactures allegedly infringe several claims in plaintiffs' United States Patent Nos. 5,884,096; 6,112,264; 6,345,323; and 7,113,978.

On June 13, 2008, Plaintiff served the 1st Interrogatories and 1st RFP, which would otherwise require responses by July 15, 2008. Defendant has been diligently seeking and formulating responses since receiving the 1st Interrogatories and 1st RFP. Factual responses and supporting documentation require input from as many as three organizations within the General Services Administration and from the proposed defendant-intervenor. The GSA will need the extra time to obtain all of the requested purchase and sales information. In addition, the contentions requested pertain to the four highly complex patents and responses will require extra time to formulate. For the foregoing reasons, the enlargement is required to respond to the 1st Interrogatories and 1st RFP.

Conclusion

For the reasons stated above, defendant respectfully requests that this motion be granted and that the time to respond to the 1st Interrogatories and 1st RFP be enlarged until August 18, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN FARGO
Director

s/Robert G. Hilton
ROBERT G. HILTON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0346
Telefax: (202) 307-0345

July 10, 2008