# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
AVOCENT REDMOND CORP., a Washington corporation, *

Plaintiff, *

v. * No. 08-69C

THE UNITED STATES, * (Filed: July 10, 2008)

Defendant, *
and *

ROSE ELECTRONICS, *

Defendant-Intervenor *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Upon consideration of Rose Electronics' Motion to Intervene and the plaintiff's opposition, the Motion to Intervene is **GRANTED**. See 41 U.S.C. §114(b); Rules of the United States Court of Federal Claims 24(a)(2), (b)(2); Honeywell International Inc. v. United States, 71 Fed. Cl. 759 (2006).

Rose Electronics is hereby permitted to intervene and participate in this action as a defendant.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims