# In the United States Court of Federal Claims

| | |
|---|---|
| AVOCENT REDMOND CORP., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br>and<br><br>ROSE ELECTRONICS,<br><br>Defendant-Intervenor | No. 08-69C<br><br>(Filed: July 15, 2008) |

**ORDER**

Defendant's unopposed motion, filed July 10, 2008, for an extension to Monday, August 18, 2008, to respond to plaintiff's first set of interrogatories and first set of requests for production is **GRANTED**.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims