**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| AVOCENT REDMOND CORP., a Washington corporation,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant,<br>and<br>ROSE ELECTRONICS, a Texas general partnership,<br>Defendant-Intervenor. | No. 08-69C<br><br>Judge Lawrence S. Margolis |

**[PROPOSED] ORDER**

THIS MATTER having come before the Court on the Plaintiff Avocent Redmond Corp.'s ("Avocent's") Motion to file a Sur-Reply to Rose's Reply in Support of Its Cross-Motion for a Protective Order, the Court determines that said motion should be, and hereby is, GRANTED.

Avocent's Sur-Reply is now of record in this action.

IS IT SO ORDERED.

Signed this ______th day of July, 2008.

LAWRENCE S. MARGOLIS
Judge