# In the United States Court of Federal Claims

| | |
|---|---|
| AVOCENT REDMOND CORP., a Washington corporation, Plaintiff, v. THE UNITED STATES, Defendant, and ROSE ELECTRONICS, Defendant-Intervenor | No. 08-69C (Filed: July 17, 2008) |

**ORDER**

Plaintiff's motion, filed July 16, 2008, to file a sur-reply to Rose's reply in support of its cross-motion for a protective order is **GRANTED**.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims