**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| AVOCENT REDMOND CORP., a Washington corporation,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant,<br>and<br>ROSE ELECTRONICS, a Texas general partnership,<br>Defendant-Intervenor. | No. 08-69C<br>Judge Lawrence S. Margolis |

**[PROPOSED] ORDER**

THIS MATTER having come before the Court on the Plaintiff Avocent Redmond Corp.'s ("Avocent's") Motion to Strike Rose's Answer and Defenses, the Court determines that said motion should be, and hereby is, GRANTED in its entirety.

Rose has ten days to file an answer conforming to this order.

IS IT SO ORDERED.

Signed this ______th day of July, 2008.

______________________________
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims