# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * * * * * * * * * *
                                                   *
AVOCENT REDMOND CORP., a Washington                *
corporation,                                       *
                                                   *
                Plaintiff,                         *
                                                   *
        v.                                         *       No. 08-69C
                                                   *
THE UNITED STATES,                                 *       (Filed: June 1, 2009)
                                                   *
                Defendant,                         *
                                                   *
and                                                *
                                                   *
ROSE ELECTRONICS,                                  *
                                                   *
                Defendant-Intervenor.              *
                                                   *
* * * * * * * * * * * * * * * * * * * * * * * * * *
```

## **O R D E R**

A status conference was held in the above captioned case on May 6, 2009.

**It is hereby ORDERED:**

The parties shall follow the discovery and trial schedule listed below.

| Event | Due Date |
|---|---|
| Parties' opening claim construction briefs | August 21, 2009 |
| Parties' responsive claim construction briefs | September 11, 2009 |
| Claim construction hearing | October 1, 2009 |
| Reports from experts under Rule 26(a)(2) of the Rules of the Court of Federal Claims ("RCFC") for all issues on which a party bears the burden of | November 23, 2009 |

| Event | Due Date |
| --- | --- |
| proof | |
| Rebuttal expert reports under RCFC 26(a)(2) for all issues on which a party does not bear the burden of proof | December 14, 2009 |
| Close of discovery | December 23, 2009 |
| Post-discovery conference (App. A, ¶ 11) | January 6, 2010 |
| Dispositive motions filing | January 27, 2010 |
| Meeting of counsel to exchange exhibit lists and witness lists, and to address other pretrial conference issues (App. A, ¶ 13) | February 25, 2010 |
| Joint Certification verifying meeting of counsel (App. A, ¶ 13(d)) | March 4, 2010 |
| Plaintiff's memorandum of contentions of fact and law (App. A, ¶ 14(a)) | March 11, 2010 |
| File plaintiff's witness list and exhibit list (App. A, ¶¶ 15-16) | March 11, 2010 |
| Dispositive motions hearing | April 7, 2010 |
| Defendants' memorandum of contentions of fact and law (App. A, ¶ 14(b)) | April 8, 2010 |
| File defendants' witness list and exhibit list (App. A, ¶¶ 15-16) | April 8, 2010 |
| Parties shall file stipulations setting forth all factual matters as to which they agree (App. A, ¶ 17) | April 27, 2010 |
| Pretrial conference | April 29, 2010 |
| Trial begins | May 11, 2010 |

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims