IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AVOCENT REDMOND CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | No. 08-69C |
| | ) | |
| Defendant, | ) | Judge Lawrence S. Margolis |
| | ) | |
| and | ) | |
| | ) | |
| ROSE ELECTRONICS, | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

DEFENDANT'S CONCURRENCE WITH, AND ADOPTION OF,
OPENING CLAIM CONSTRUCTION BRIEF OF ROSE ELECTRONICS

Defendant hereby concurs with and adopts Rose Electronics' Opening Claim Construction Brief, filed August 21, 2008.

    Respectfully submitted,

    TONY WEST
    Assistant Attorney General

    JOHN FARGO
    Director

    s/Robert G. Hilton
    ROBERT G. HILTON
    Attorney
    Commercial Litigation Branch
    Civil Division
    Department of Justice
    Washington, D.C. 20530
    Telephone: (202) 307-0346
August 21, 2008    Telefax:    (202) 307-0345