# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * * * * * * * * * * *
                                                    *
AVOCENT REDMOND CORP., a Washington                 *
corporation,                                        *
                                                    *
            Plaintiff,                              *
                                                    *
      v.                                            *      No. 08-69C
                                                    *
THE UNITED STATES,                                  *      (Filed: September 2, 2009)
                                                    *
            Defendant,                              *
                                                    *
and                                                 *
                                                    *
ROSE ELECTRONICS,                                   *
                                                    *
            Defendant-Intervenor.                   *
                                                    *
* * * * * * * * * * * * * * * * * * * * * * * * * * *
```

**O R D E R**

The hearing scheduled, in court, for Tuesday, September 15, 2009, has been changed to 10:45 a.m. rather than 10:00 a.m.

**The courtroom shall be noted on the court calendar posted in the directory of the first floor lobby**.

s/Lawrence S. Margolis<br>
LAWRENCE S. MARGOLIS<br>
Senior Judge, U.S. Court of Federal Claims