IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AVOCENT REDMOND CORP., a Washington corporation,<br><br>       Plaintiff,<br><br>  v.<br><br>THE UNITED STATES,<br><br>       Defendant,<br><br>and<br><br>ROSE ELECTRONICS, a Texas general partnership,<br><br>       Defendant-Intervenor. | No. 08-69C<br><br>Judge Lawrence S. Margolis |

## AVOCENT REDMOND'S REPORT
## REGARDING ACTIVITIES IN CO-PENDING LITIGATION

Plaintiff Avocent Redmond Corp. ("Avocent") files the present report to advise the Court of activities in the related patent infringement litigation between Avocent and the Rose defendants, the Aten defendants, and the Belkin defendants pending before Judge Pechman in the U.S. District Court for the Western District of Washington, No. 2:06-CV-01711-MJP ("the Seattle action").

On October 27, 2009, Judge Pechman issued an Order denying Avocent's motion to lift the stay in that action. (A copy of that Order is attached as Exhibit A). Avocent has filed a Notice correcting that court's misapprehension of the status of this action. (A copy of that filing is attached as Exhibit B). Based on Judge Pechman's Order, it appears that the stay in the Seattle action will <u>not</u> be lifted until after this Court rules on the *Markman* claim construction issues and dispositive motions.

-2-

DATED this 28th day of October, 2009.    Respectfully submitted,

PLAINTIFF AVOCENT REDMOND CORP.,
by and through its Attorneys

s/James D. Berquist_____
James D. Berquist
J. Scott Davidson
Donald L. Jackson
Grace K. Obermann
DAVIDSON BERQUIST JACKSON & GOWDEY, LLP
4300 Wilson Blvd, Suite 700
Arlington, Virginia 22203
Tel. 703-894-6400
Fax. 703-894-6430

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per RCFC 5.2. Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

                                              /s/ Donald L. Jackson
                                              Donald L. Jackson