**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| AVOCENT REDMOND CORP., <br>     Plaintiff, <br><br>     v. <br><br> THE UNITED STATES, <br>     Defendant, <br> and <br> ROSE ELECTRONICS, <br>     Defendant-Intervenor. | No. 08-69C <br><br> Judge Lawrence S. Margolis |

**AVOCENT REDMOND'S MOTION FOR
<u>PARTIAL SUMMARY JUDGMENT OF NO LACHES</u>**

Pursuant to RCFC 56, Plaintiff Avocent Redmond Corp. ("Avocent") respectfully moves the Court for partial summary judgment against the defendants' laches defense.  Because laches is a limitation on damages, it is not available to the United States under controlling authority, and thus, partial summary judgment on this issue is appropriate.  Even if the laches defense were available in this case, summary judgment on this issue would still be appropriate in light of the date Avocent knew, or should have known, of the need to bring an action against the United States for the use of the accused Rose products and in light of Avocent's long-standing and continuous efforts to put an end to the industry-wide infringement of its patents.

A Memorandum in Support of this Motion is being filed with this Motion.

-2-

DATED this 12th day of March, 2010.   Respectfully submitted,

PLAINTIFF AVOCENT REDMOND CORP.,
by and through its Attorneys

/s/James D. Berquist_____
James D. Berquist
J. Scott Davidson
Donald L. Jackson
Grace K. Obermann
DAVIDSON BERQUIST JACKSON & GOWDEY, LLP
4300 Wilson Blvd, Suite 700
Arlington, Virginia 22203
Tel. 703-894-6400

-2-

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per RCFC 5.2. Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

                                          /s/ Donald L. Jackson
                                          Donald L. Jackson