# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * * * * * * * * * * *
                                                    *
AVOCENT REDMOND CORP., a Washington                 *
corporation,                                        *
                                                    *
              Plaintiff,                            *
                                                    *
       v.                                           *      No. 08-69C
                                                    *
THE UNITED STATES,                                  *      (Filed: March 29, 2010)
                                                    *
              Defendant,                            *
                                                    *
and                                                 *
                                                    *
ROSE ELECTRONICS,                                   *
                                                    *
              Defendant-Intervenor.                 *
                                                    *
* * * * * * * * * * * * * * * * * * * * * * * * * * *
```

**ORDER**

It is hereby **ORDERED** that the following case schedule shall be in effect:

| Event | Date |
|---|---|
| Plaintiff to limit asserted patent claims to 20 | April 8, 2010 |
| Plaintiff to file an amended memorandum of contentions of fact and law | April 15, 2010 |
| Plaintiff to file an amended witness list and exhibit list | April 15, 2010 |
| Dispositive motions deadline | April 29, 2010 |
| Defendants to file memorandum of contentions of fact and law | April 30, 2010 |
| Defendants to file witness list and exhibit list | April 30, 2010 |

| Dispositive motion hearings | To be determined by the Court |
| --- | --- |
| Parties to file stipulations setting forth all factual matters as to which they agree | 15 days after the Court issues its last summary judgment ruling |
| Mediation | 10 days after the parties file stipulations setting forth all factual matters as to which they agree |
| Pretrial conference | 14 days after mediation |
| Trial | 10 days after the pretrial conference |

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims