# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * * * * * * * * * *
                                                   *
AVOCENT REDMOND CORP., a Washington                *
corporation,                                       *
                                                   *
                    Plaintiff,                     *
                                                   *
        v.                                         *     No. 08-69C
                                                   *
THE UNITED STATES,                                 *     (Filed: March 31, 2010)
                                                   *
                    Defendant,                     *
and                                                *
                                                   *
ROSE ELECTRONICS,                                  *
                                                   *
                    Defendant-Intervenor           *
                                                   *
* * * * * * * * * * * * * * * * * * * * * * * * * *
```

## ORDER

Defendant-intervenor Rose Electronics' Motion to Compel Plaintiff Avocent Redmond Corp. to Answer Rose Electronics' Interrogatory No. 17, filed December 2, 2009, is **GRANTED**. Avocent shall fully supplement its response by April 15, 2010, and if Avocent cannot locate the information sought, it shall detail the efforts expended in its search. If Avocent does not provide a supplemental response, its response shall be deemed final.

    s/Lawrence S. Margolis
    LAWRENCE S. MARGOLIS
    Senior Judge, U.S. Court of Federal Claims