## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AVOCENT REDMOND CORP.,<br>            Plaintiff,<br><br>    v.<br><br>THE UNITED STATES,<br>            Defendant,<br>and<br>ROSE ELECTRONICS,<br>            Defendant-Intervenor. | No. 08-69C<br><br>Judge Lawrence S. Margolis |

## AVOCENT REDMOND'S ELECTION OF CLAIMS

Pursuant to the Court's January 28, 2010 order (D.E. 191) as clarified during the March 16, 2010 status conference, and without waiving its objections thereto, Plaintiff Avocent Redmond Corp. ("Avocent") elects the following claims to pursue for the remainder of this action: claims 1, 7, 10, and 32 of the '096 patent; claims 1-4, 6, 7, 9, 14, and 16 of the '264 patent; claim 1 of the '323 patent; and claims 1, 14, 16, 23, 26, and 42 of the '978 patent.

DATED this 8th day of April, 2010.          Respectfully submitted,

                                                                            PLAINTIFF AVOCENT REDMOND CORP.,
                                                                            by and through its Attorneys

                                                                            /s/James D. Berquist_____
                                                                            James D. Berquist
                                                                            J. Scott Davidson
                                                                            Donald L. Jackson
                                                                            Grace K. Obermann
                                                                            DAVIDSON BERQUIST JACKSON & GOWDEY, LLP
                                                                            4300 Wilson Blvd, Suite 700
                                                                            Arlington, Virginia 22203
                                                                            Tel. 703-894-6400
                                                                            Fax. 703-894-6430

**CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per RCFC 5.3.  Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

             /s/ Donald L. Jackson
             Donald L. Jackson