IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AVOCENT REDMOND CORP., | ) | |
|     Plaintiff | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | No. 08-69C |
|     Defendant | ) | Judge Lawrence S. Margolis |
| and | ) | |
| ROSE ELECTRONICS, | ) | |
|     Intervenor. | ) | |

## UNITED STATES' CONTENTIONS OF FACT AND LAW

In accordance with RCFC Appendix A, ¶ 15, Defendant, the United States, concurs with the Intervenor Rose Electronics' Contentions of Fact and Law, except for the following:

a.     Section VIII.A;

b.     Those paragraphs within Section VIII.C which are not relevant and material to Litigation Laches, namely, ¶¶ 1395-1400, 1415-17, 1424-25, and 1440-41.

                                                     Respectfully submitted,

                                                     TONY WEST
Assistant Attorney General

JOHN FARGO
Director


 /s/Robert G. Hilton
ROBERT G. HILTON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C.  20530
Telephone: (202) 307-0346
April 30, 2010                     Telefax:   (202) 307-0345
                                                     Telefax:   (202) 307-0345