IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AVOCENT REDMOND CORP., <br><br> PLAINTIFF, <br><br> v. <br><br> THE UNITED STATES, <br><br> DEFENDANT, <br><br> AND <br><br> ROSE ELECTRONICS, <br><br> INTERVENOR. | CIVIL ACTION NO. 08-69C |

**NOTICE OF CHANGE OF COUNSEL'S LAW FIRM AFFILIATION**
**FOR INTERVENOR ROSE ELECTRONICS**

On March 16, 2011, the counsel identified below with the law firm HOWREY LLP representing the Intervenor Rose Electronics ("ROSE") have changed their affiliation to the firm of WINSTON & STRAWN LLP.  The new contact information is as follows:

>Gary J. Fischman
>Jeffrey J. Phillips
>WINSTON & STRAWN LLP
>1111 Louisiana, 25th Floor
>Houston, TX  77002-5242
>Telephone:  713.651.2600
>Facsimile:   713.651.2700
>Email:  gfischman@winston.com
>Email:  jphillips@winston.com

DATED:  March 21, 2011								Respectfully submitted,

/s/ *Michael S. Dowler*
Michael S. Dowler – Lead Attorney
Email:  mike@parklegal.com
PARK, VAUGHAN, FLEMING & DOWLER LLP
5847 San Felipe, Suite 1700
Houston, TX  77057
Telephone:  713.821.1540
Facsimile:   713.821.1401

Gary J. Fischman
Email: gfischman@winston.com
Jeffrey J. Phillips
Email:  jphillips@winston.com
WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor
Houston, Texas 77002
Telephone: 713.651.2600
Facsimile:  713.651.2700

**ATTORNEYS FOR INTERVENOR
ROSE ELECTRONICS**

**CERTIFICATE OF SERVICE**

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 21st day of March, 2011, with a copy of this document via the Court's CM/ECF system per RCFC 5(2)(E). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

      /s/ *Michael S. Dowler*
      Michael S. Dowler