# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
                                    *
AVOCENT REDMOND CORP.,              *
                                    *
            Plaintiff,              *
                                    *   No. 08-69C
      v.                            *
                                    *
THE UNITED STATES,                  *
                                    *   (Filed: May 18, 2011)
            Defendant,              *
                                    *
and                                 *
                                    *
ROSE ELECTRONICS,                   *
                                    *
            Defendant-Intervenor.   *
                                    *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

## **O R D E R**

A status conference by telephone was held in the above matter on May 18, 2011.

**It is hereby ORDERED:**

The next status conference shall be held by telephone on Tuesday, June 7, 2011 at 2:30 p.m. The Court will initiate the conference call.

s/ Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims
