# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
                                      *
AVOCENT REDMOND CORP.,                *
                                      *
              Plaintiff,              *
                                      *   No. 08-69C
       v.                             *
                                      *
THE UNITED STATES,                    *
                                      *   (Filed: June 7, 2011)
              Defendant,              *
                                      *
and                                   *
                                      *
ROSE ELECTRONICS,                     *
                                      *
              Defendant-Intervenor.   *
                                      *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

## **O R D E R**

The status conference set for June 7, 2011, is rescheduled to Wednesday, June 8, 2011, at 2:30 p.m. in the above-entitled case. The Court will initiate the conference call.

        s/ Lawrence S. Margolis
        LAWRENCE S. MARGOLIS
        Senior Judge, U.S. Court of Federal Claims