## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AVOCENT REDMOND CORP., a Washington corporation,<br><br>      Plaintiff,<br><br>    v.<br><br>THE UNITED STATES,<br><br>      Defendant,<br><br>and<br><br>ROSE ELECTRONICS, a Texas general partnership,<br><br>      Defendant-Intervenor. | No. 08-69C<br><br>Judge Lawrence S. Margolis |

## **STIPULATED ORDER**

The Court's Order of June 29, 2010 (D.E. 337) holding Claims 41-42 of U.S. Patent 7,113,978 are invalid and intervening rights apply, is VACATED.

    IS IT SO ORDERED.

Signed this 20th day of July, 2011.

                                                                           */s/ Lawrence S. Margolis*
                                                                 LAWRENCE S. MARGOLIS
                                                                 Senior Judge, U.S. Court of Federal Claims